UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM BISCAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1:22-cv-10901-PBS** |
| LISA SMITH individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 4:22-cv-10932-DHH** |
| JAMES BUECHLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1:22-cv-10988-PBS** |
| ELSIE DIAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1:22-cv-11002-AK** |

| | |
|---|---|
| JONATHAN ROACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1:22-cv-11035-PBS** |
| TENNIE KOMAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1-22-cv-11109-JCB** |
| DEBRA MONETTE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1:22-cv-11131-PBS** |

**ASSENTED-TO MOTION FOR
CONSOLIDATION OF ACTIONS AND SETTING SCHEDULE FOR APPLICATIONS
FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

Pursuant to Fed. R. Civ. P. 42(a) and Local Rule 40.1(j), all Plaintiffs in the above-captioned matters (collectively "Plaintiffs"), by and through counsel, respectfully move this Court for an Order: (1) consolidating the above-captioned actions; and (2) setting a schedule for the submission of applications for appointment of interim class counsel in these related actions.

This motion is supported by the accompanying Memorandum of Law and [Proposed] Order.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (a)(2)**

In compliance with Local Rule 7.1(a)(2), counsel for Plaintiffs have conferred with counsel for Defendant Shields Health Care Group, Inc., who assents to the relief requested.

Dated: July 19, 2022

Respectfully submitted,

**BERMAN TABACCO**

/s/ Patrick T. Egan
Patrick T. Egan (BBO #637477)
Nathaniel L. Orenstein (BBO #664513)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com

*Attorneys For Plaintiffs Buechler and Roach*

**SWEENEY MERRIGAN LAW, LLP**

/s/ J. Tucker Merrigan
J. Tucker Merrigan (BBO# 681627)
Peter M. Merrigan (BBO# 673272)
268 Summer Street, LL
Boston, MA 02210
Telephone: (617) 391-9001
Fax: (617) 357-9001
tucker@sweeneymerrigan.com
peter@sweeneymerrigan.com

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
Todd. S. Garber (*pro hac vice* forthcoming)
Andrew White (*pro hac vice* forthcoming)
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
Fax: (914) 824-1561
tgarber@fbfglaw.com
awhite@fbfglaw.com

**KELLER POSTMAN LLC**
Seth A. Meyer (*pro hac vice* forthcoming)
Alex J. Dravillas *pro hac vice* forthcoming
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
sam@kellerpostman.com
ajd@kellerpostman.com

*Attorneys for Plaintiff Biscan*

**McDONOUGH COHEN & MASELEK, LLP**

/s/ Robert J. Maselek, Jr.
Robert J. Maselek, Jr. (BBO # 564690)
53 State Street, Suite 500
Boston, MA 02109
Direct: 617.742.6520 (Ext. 246)
Fax: 617.742.1393
rmaselek@mcmlawfirm.com

3

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Telephone: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Thomas H. Burt
270 Madison Ave.
New York, New York 10014
Telephone: (212) 545-4669
Fax: (212) 686-0114
burt@whafh.com

*Attorneys for Plaintiff Smith*

**GEORGE GESTEN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice* forthcoming)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com
eservice@4-justice.com

David J. George (*pro hac vice* forthcoming)
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Telephone: (561) 232-6002
dgeorge@4-justice.com
eservice@4-justice.com

*Attorneys for Plaintiffs Buechler and Roach*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice* forthcoming)
Meghan J. Talbot (*pro hac vice* forthcoming)
Two Commerce Square
2001 Mark Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
jgolan@barrack.com
mtalbot@barrack.com

Stephen R. Basser
Samuel M. Ward
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Fax: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice* forthcoming)
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Fax: (501) 286-4659
jemerson@emersonfirm.com

*Attorneys for Plaintiff Buechler*

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

/s/ Randi A. Kassan
Randi A. Kassan
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com

Gary M. Klinger
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

**TURKE & STRAUSS LLP**
Samuel J. Strauss
Raina C. Borrelli
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Fax: (608) 509-4423
raina@turkestrauss.com
sam@turkestrauss.com

*Attorneys for Plaintiff Diaz*

**BLOCK & LEVITON LLP**

/s/ Jason M. Leviton
Jason M. Leviton (BBO #678331)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
jason@blockleviton.com

**LYNCH CARPENTER, LLP**
Gary F. Lynch
Jamisen A. Etzel
1133 Penn Ave., Fl. 5
Telephone: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
jamise@lcllp.com

*Attorneys for Plaintiff Komar*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo (BBO #671410)
Carey Alexander
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Fax: (212) 233-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 531-2632
Fax: (860) 537-4432
ecomite@scott-scott.com

*Attorneys for Plaintiff Monette*

# CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: July 19, 2022        /s/ *Patrick T. Egan*
                Patrick T. Egan