# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901-PBS <br><br> <u>CLASS ACTION</u> |

## DECLARATION OF JASON M. LEVITON

I, Jason M. Leviton, declare, under penalty of perjury:

1.    I am a founding partner of the law firm Block & Leviton LLP ("B&L"). B&L is headquartered in Boston with offices in Washington, D.C., San Francisco, CA, and Wilmington, DE. I submit this Declaration in support of Plaintiff Komar's and Monette's Motion for Appointment of Plaintiffs' Interim Class Counsel.

2.    Attached hereto as Exhibit A is a copy of B&L's firm resume.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 9, 2022                                         <u>/s/ Jason M. Leviton</u>
                                                                                                   Jason M. Leviton