AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Elsie Diaz | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-10901-PBS |
| Shields Health Care Group, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Elsie Diaz.

Date: 08/12/2022

/s/ John A. Yanchunis
*Attorney's signature*

John A. Yanchunis, Florida Bar No. 324681
*Printed name and bar number*

201 N. Franklin Street, 7th Floor
Tampa, FL 33602
*Address*

jyanchunis@forthepeople.com
*E-mail address*

(813) 275-5272
*Telephone number*

(813) 222-4736
*FAX number*