AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Elsie Diaz ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-10901-PBS |
| Shields Health Care Group, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Elsie Diaz                                                                                                                        .

Date:   08/12/2022

/s/ Kenya Reddy
*Attorney's signature*

Kenya Reddy, Florida Bar No. 459933
*Printed name and bar number*

201 N. Franklin Street, 7th Floor
Tampa, FL 33602

*Address*

kreddy@forthepeople.com
*E-mail address*

(813) 202-7185
*Telephone number*

(813) 222-4738
*FAX number*