AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

## District of Massachusetts

| | |
|---|---|
| William Biscan, et al | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:22-cv-10901-PBS |
| Shields Health Care Group, Inc. | )   (Consolidated) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Elsie Diaz        .

Date:   08/12/2022                                       /s/ Gary M. Klinger
                                                                        *Attorney's signature*

                                                        Gary M. Klinger, IL Bar No. 6303726
                                                                        *Printed name and bar number*

                                                        MILBERG COLEMAN BRYSON
                                                        PHILLIPS GROSSMAN, PLLC
                                                        227  Monroe Street, Suite 2100
                                                        Chicago, IL 60606
                                                                        *Address*

                                                        gklinger@milberg.com
                                                                        *E-mail address*

                                                        (866) 252-0878
                                                                        *Telephone number*

                                                        (202) 686-2877
                                                                        *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2022, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

/s/ Gary M. Klinger
Gary M. Klinger