AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| William Biscan et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-10901 |
| Shields Health Care Group, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lisa Smith.

Date: 08/16/2022

/s/ Carl V. Malmstrom
*Attorney's signature*

Carl V. Malmstrom (pro hac vice)
*Printed name and bar number*
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604

*Address*

malmstrom@whafh.com
*E-mail address*

(312) 984-0000
*Telephone number*

(212) 686-0114
*FAX number*