UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CLAUDIA D. MCCARRON**

Pursuant to Local Rule 83.5.3, the undersigned counsel, Jordan S. O'Donnell, of Mullen Coughlin LLC, moves that Claudia D. McCarron of Mullen Coughlin LLC be admitted to appear *pro hac vice* on behalf of Defendant Shields Health Care Group, Inc. in the underlying case, *In re Shields Health Care Group, Inc. Data Breach Litigation*, Case No. 1:22-cv-10901-PBS.

In support of this motion, the undersigned counsel states as follows:

1. I, Jordan S. O'Donnell, am a member of the bar of this Court and have filed an appearance in the above-captioned matter.

2. Attorney McCarron is a partner at and general counsel of the law firm of Mullen Coughlin LLC. She has been retained to represent the Defendant in this matter and is associated with me.

3. Attorney McCarron is a member of good standing of each bar to which she is admitted to practice: the State of Pennsylvania; as well as the United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania; the District of Columbia; Northern District of Indiana; United States Courts of Appeals for the Second, Third, and Fourth Circuit; and the United States Supreme Court.

4. Attorney McCarron is not the subject of disciplinary proceedings pending in any jurisdiction.

1

5.	Attorney McCarron has not previously had a *pro hac vice* admission to this Court (or other admitted for a limited purpose under this rule) revoked for misconduct.

6.	Attorney McCarron has familiarized herself with the Local Rules of this Court.

WHEREFORE, Defendant Shields Health Care Group, Inc., by and through its counsel, respectfully request that Claudia D. McCarron be admitted to practice before this Court *pro hac vice* on Defendant's behalf.

Dated: August 17, 2022	Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Mullen Coughlin LLC
3 Allied Drive, Suite 303
Dedham, MA 02026
Telephone: (267) 930-4106
jsodonnell@mullen.law

*Attorney for Defendant*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for Plaintiffs regarding this motion on August 15, 2022, and no attorneys indicated an objection.

/s/ Jordan S. O'Donnell
Jordan S. O'Donnell

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2022, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

/s/ Jordan S. O'Donnell
Jordan S. O'Donnell