**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: Shields Health Care Group, Inc. Data Breach Litigation | **Civil Action No.: 1:22-cv-10901-PBS (Consolidated)** |

**THE SMITH PLAINTIFF GROUP'S RESPONSE
TO THE COMPETING MOTIONS FOR
<u>APPOINTMENT OF INTERIM CLASS COUNSEL</u>**

Plaintiffs Lisa Smith, James Buechler, Jonathan Roach, and Julie Colby (the "*Smith* Plaintiff Group"), by and through their undersigned counsel, respectfully submit this response to the interim class counsel motions filed by plaintiffs William Biscan and Elise Diaz (the "*Biscan/Diaz* Plaintiffs") and plaintiffs Tennie Komar and Debbie Monette (the "*Monette* Plaintiffs") in this Consolidated Action.

## I. The *Smith* Plaintiff Group Is Best Able to Represent This Class

There are three leadership applications pending before this Court. *See Smith* Plaintiff Group [ECF Nos. 20-24]; *Monette* Plaintiffs [ECF Nos. 19, 34-36]; and *Biscan/Diaz* Plaintiffs [ECF Nos. 25, 28-30]. Each of the proposed leadership slates is comprised of well-qualified and experienced attorneys. The *Smith* Plaintiff Group, however, has already demonstrated its ability to move this case forward and best satisfies the standards for appointment of interim class counsel in the Consolidated Action for several reasons.

First, the Shields Data Breach impacted the Company's health care facility partners – and therefore patients who are class members – in several states, not only the Commonwealth of Massachusetts.[1] The patients in this geographically-broad group are citizens in the states represented by the *Smith* Plaintiff Group, including Maryland (plaintiff Buechler), Maine (plaintiff Colby) and Massachusetts (plaintiffs Smith and Roach). In addition, the *Smith* Plaintiff Group has been retained by an additional Massachusetts data breach victim (Joyce Nelson), as well as data breach victims from Maine (Thomas Caron), New Hampshire (Ryan Carroll and Cindy Tapper), and Rhode Island (Sharon Pimental and John Kennedy) and has issued demands under the consumer protection statutes of Massachusetts and Maine. Thus, the *Smith* Plaintiff Group includes potential class representatives from the states in which Shields maintains facilities, as well as neighboring

---

[1] *See, e.g.*, https://shields.com/notice-of-data-security-incident/ (last accessed August 21, 2022).

Rhode Island.[2]  The *Biscan/Diaz* Plaintiffs and the *Monette* Plaintiffs filed their respective actions on behalf of plaintiffs from only one state: the Commonwealth of Massachusetts.  The *Smith* Plaintiff Group represents the broadest cross-section of class members and claims and have asserted claims on both a nationwide basis and on behalf of subclasses asserting state law claims.  Their attorneys are therefore in the best position to represent the *entirety* of the proposed class and claims that cannot be asserted by the other groups whose plaintiffs lack standing to assert claims upon the consumer protection laws of states other than Massachusetts.

Next, while not mentioned in their leadership papers, counsel for one set of competing movants (the *Biscan/Diaz* Plaintiffs) are representing a different Massachusetts plaintiff in a case pending in Massachusetts Superior Court, Norfolk County.  *See Kossifos v. Shields Health Care Group, Inc.*, Case No. 2282 cv00561 (Mass. Superior Ct., Norfolk Cty.) ("MA State Case"), attached hereto as **Exhibit A**.  This Massachusetts-centric action alleges several claims already alleged in the Consolidated Action but its request for certification of a nationwide class under Massachusetts Rule of Civil Procedure Rule 23, rather than Fed. R. Civ. P. 23, is highly suspect given the governing case law in Massachusetts.[3]  In contrast, the *Smith* Plaintiff Group's counsel are primarily focused on successfully bringing the Consolidated Action on behalf of a nationwide class under Fed. R. Civ. P. 23, worked collaboratively to consolidate their four cases within the eight actions underlying the Consolidated Actions, and then designed a proposed case management plan (submitted with their

---

[2] *See* Shields Locations in MA & NH | MRI, PET/CT, Surgery Services (last accessed August 22, 2022).

[3] *See Moelis v. Berkshire Life Ins. Co.*, 451 Mass. 483, 486-89, 887 N.E.2d 214 (2008) (affirming Superior Court's decision denying certification of a nationwide class in light of lack of opt out provision in Mass. R. Civ. P. 23); *Lowinger v. Solid Biosciences Inc.*, Case No. 2018-0984-BLSI (Mass. Superior Ct., Suffolk Cty., July 3, 2018) (staying Massachusetts state court case in favor of similar federal court case based on inability of Massachusetts court to certify a nationwide class) (accessible at https://www.nutter.com/assets/htmldocuments/Lowinger%20decision%20with%20cover.pdf) (last accessed August 22, 2022).

opening motion) focused on moving this action forward. The competing dual representation of state court and federal court classes concurrently could be problematic, and the best way to avoid such potential problems would be to appoint interim lead counsel who does not face any such concerns.

Finally, the leadership slate proposed by the *Smith* Plaintiff Group is the most efficient choice to represent plaintiffs and the Class in the Consolidated Action. It consists of two highly experienced women as proposed co-lead counsel, both of whom have significant experience in data breach and other consumer cases, and both of whom represent plaintiffs from different states. They are supported by a two-person executive committee, both of whom also represent plaintiffs from different states, and are experienced in data breach litigation.

In contrast, the *Monette* Plaintiffs' proposed leadership structure proffers two law firms as co-lead counsel (plus liaison counsel), but expressly provides for not one but two partners from each law firm. This is the equivalent of a four-way co-lead structure plus liaison counsel for only two named plaintiffs from Massachusetts, which could be duplicative and inefficient. The *Biscan/Diaz* Plaintiffs likewise offer only two named plaintiffs from Massachusetts on behalf of a four-law firm "Executive Committee" plus liaison counsel, where one of the firms already represents a plaintiff in a Massachusetts state case. The proposed case management schedule submitted by the *Smith* Plaintiff Group, as well as the other work done by this group demonstrates that it is best capable of continuing to represent the interests of all class members, regardless of the state in which they reside.

**II.   Conclusion**

For the reasons set forth above, and in our opening submissions, the *Smith* Plaintiff Group respectfully submits that its counsel is best suited to represent the interests of the Class and should, therefore, be appointed as Interim Class Counsel.

Dated: August 23, 2022                                      Respectfully submitted,

*/s/ Nathaniel L. Orenstein*
Patrick T. Egan (BBO 637477)
Nathaniel L. Orenstein (BBO 664513)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com

*Proposed Liaison Counsel*

Lori G. Feldman, Esq. (admitted *pro hac vice*)
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

David J. George
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33463
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
E-mail: dgeorge@4-Justice.com
E-Service: eService@4-justice.com

Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman
**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1086
memert@kgglaw.com
ggraifman@kgglaw.com

*Proposed Interim Co-Lead Class Counsel*

Stephen R. Basser
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900

4

San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

Jeffrey W. Golan
Meghan J. Talbot
**BARRACK, RODOS & BACINE**
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
jgolan@barrack.com
mtalbot@barrack.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Thomas H. Burt
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Ave.
New York, New York 10014
Tel: (212) 545-4669
Fax: (212) 686-0114
burt@whafh.com

*Proposed Interim Executive Committee*

Lynda Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4441
Fax: (212) 292-4442
lgrant@grantfirm.com

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


Dated: August 23, 2022                              */s/ Nathaniel L. Orenstein*
                                                                       Nathaniel L. Orenstein