**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO: 1:22-cv-10901-PBS |

**PLAINTIFFS KOMAR'S AND MONETTE'S RESPONSE IN SUPPORT OF THEIR MOTION FOR APPOINTMENT OF PLAINTIFFS' INTERIM CLASS COUNSEL**

Plaintiffs Tennie Komar ("Komar") and Debra Monette ("Monette") respectfully submit this response in support of their Motion for Appointment of Plaintiffs' Interim Class Counsel. (ECF No. 19) ("Motion"). As detailed in their Motion, Plaintiff Komar and Monette's attorneys, including the firms of Lynch Carpenter LLP ("Lynch Carpenter") and Scott + Scott Attorneys at Law LLP ("Scott+Scott") (collectively, "Lynch/Scott"), along with Jason M. Leviton of Block & Leviton, have the requisite skill and experience necessary to lead this consolidated action. They have a proven track record of working with non-leadership counsel across several consolidated actions and MDLs, and will continue to do so in this action if appointed Interim Class Counsel.

Regardless of the ultimate structure appointed by the Court, Lynch/Scott will continue to work cooperatively with their peers and opposing counsel to ensure the most efficient prosecution of this action. Indeed, Lynch/Scott has a well-earned reputation for record of successfully managing complex class actions and multi-district litigation, and has a documented history of working collaboratively with co-counsel and defense counsel.

If appointed, Lynch/Scott are committed to efficiently litigating this action. They will do so by assigning work to the attorneys best suited for each particular project or task, based on proven skill and demonstrated ability to produce satisfactory results on time and cost-effectively. To the extent that the Court allows appointed counsel the discretion to delegate work to non-appointed counsel, Lynch/Scott will give assignments to non-appointed counsel who are interested in contributing whenever it is in the best interest of the Plaintiffs and class members to do so.

Through their work on consolidated and centralized cases, Lynch/Scott has learned the importance of effectively managing counsel fees in consolidated actions such as this one. By implementing appropriate protocols at the outset of the case, the Lynch/Scott will be able to establish control over both the assignment of work to other plaintiffs' counsel, and an ability to

monitor the amount of time being spent on the case on an ongoing basis. Lynch/Scott submits **Exhibit A,** a proposed initiating letter to plaintiffs' counsel setting forth protocols concerning organization and time and expense recording and reporting. Implementing such protocols at the outset of this action will equip Lynch/Scott to smoothly manage assignments, prevent duplicative work, monitor the lodestar and expenses of plaintiffs' counsel to ensure they are proportional to the needs of the case.

Lynch/Scott attorneys have worked successfully with larger groups of plaintiffs' counsel whether in leadership positions or while serving in support roles. In fact, Lynch/Scott attorneys have worked with all or nearly all of the firms that have moved for a leadership role in this action, and believe all of the other applicants to be excellent attorneys who will be an asset to the litigation, whether in a leadership position or not. If appointed Interim Lead Counsel and granted authority by the Court, Lynch/Scott will look for opportunities to collaborate with non-appointed counsel when it will benefit the class and efficiently advance the prosecution of this case.

## CONCLUSION

For the foregoing reasons, Plaintiffs Komar and Monette respectfully request that the Court appoint Gary F. Lynch and Elizabeth Pollock-Avery of Lynch Carpenter and Erin Green Comite and Carey Alexander of Scott + Scott as Interim Co-Lead Counsel, and Jason Leviton of Block & Leviton LLP as Interim Liaison Counsel.

Dated: August 23, 2022

Respectfully submitted,

*/s/ Jason M. Leviton*

Jason M. Leviton
Lauren Godles Milgroom
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020

jason@blockleviton.com

*Proposed Interim Liaison Counsel*

Gary F. Lynch*
Elizabeth Pollock-Avery*
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com
*admitted *pro hac vice*

Erin Green Comite*
Carey Alexander*
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
ecomite@scott-scott.com
calexander@scott-scott.com
*admitted *pro hac vice*

*Proposed Interim Co-Lead Counsel*