# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK:

PLEASE TAKE NOTICE that Claudia D. McCarron of the law firm Mullen Coughlin LLC, an attorney authorized to appear *pro hac vice* in this case before this Court, hereby enters her appearance on behalf of Defendant, Shields Health Care Group, Inc. in the above captioned matter.

Dated:  August 30, 2022

/s/ Claudia D. McCarron
Claudia D. McCarron *(pro hac vice)*
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4787
cmccarron@mullen.law

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 30, 2022, a copy of this Notice of Appearance was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Claudia D. McCarron*
Claudia D. McCarron