UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SHIELDS HEALTH CARE GROUP, INC. DATA BREACH LITIGATION | Consolidated Civil Action No.: 1:22-cv-10901-PBS |

**NOTICE OF APPEARANCE**

To: The clerk of the court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Julie Colby in *Julie Colby, et al. v. Shields Healthcare Group, Inc.,* 1:22-cv-11209-PBS.

DATED: August 30, 2022

                                                                         Respectfully Submitted

                                                                         **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**

                                                                         */s/Melissa R. Emert*
                                                                         Melissa R. Emert
                                                                         135 Chestnut Ridge Road
                                                                         Suite 200
                                                                         Montvale, NJ 07645
                                                                         Tel: (201) 391-7000
                                                                         Fax: (201) 307-1086
                                                                         memert@kgglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 30, 2022

*/s/ Melissa R. Emert*
Melissa R. Emert