UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SHIELDS HEALTH CARE GROUP, INC. DATA BREACH LITIGATION | Civil Action No.: 1:22-cv-10901-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for plaintiffs, Lisa Smith, James Buechler, Jonathan Roach, and Julie Colby in the above-named matter.

Dated: September 1, 2022

Respectfully submitted,

**BERMAN TABACCO**

*/s/ Christina Gregg*
Christina Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300
Fax:  (617) 542-1194
Email:  cgregg@bermantabacco.com

*Counsel for Plaintiffs Lisa Smith, James Buechler, Jonathan Roach and Julie Colby*

1

CERTIFICATE OF SERVICE

    I, Christina Gregg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 1, 2022.


Dated:  September 1, 2022                        */s/ Christina Gregg*
                                                          Christina Gregg