UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Civil Action No.: 1:22-cv-10901-PBS |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Nathaniel L. Orenstein, hereby moves that this Court enter an Order granting leave to Stephen R. Basser ("Attorney Basser"), Barrack Rodos & Bacine, 600 West Broadway, Suite 900, San Diego, California, 92101, to appear on behalf of Plaintiff Buechler in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Attorney Basser is and has been a member in good standing of the bar of the State of California since 1985. In addition, Attorney Basser has been admitted to practice in the following jurisdictions:

    a. Southern, Eastern, Central and Northern Districts of California;

    b. District of Colorado;

    c. Eastern District of Wisconsin;

    d. United States Court of Appeals for the Ninth Circuit and the Sixth Circuit;

    e. Commonwealth of Pennsylvania (admitted 1976; inactive status since being admitted to California in 1985); and

    f. Eastern District of Pennsylvania.

2. There are no disciplinary proceedings pending against Attorney Basser as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past;

3. Attorney Basser has reviewed the rules of this Court and will abide by the rules of this Court; and

4. In further support of this motion, Attorney Basser has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Stephen R. Basser be admitted to practice before this Court *pro hac vice*.

| | |
|---|---|
| DATED: September 6, 2022 | Respectfully submitted, |
| | */s/ Nathaniel L. Orenstein* |
| | Nathaniel L. Orenstein (BBO# 664513) |
| | **BERMAN TABACCO** |
| | One Liberty Square |
| | Boston, MA 02109 |
| | Telephone: (617) 542-8300 |
| | Facsimile: (617) 542-1194 |
| | E-Mail: norenstein@bermantabacco.com |
| | |
| | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  September 6, 2022

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein

# EXHIBIT A