# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Civil Action No.: 1:22-cv-10901-PBS |

**EXHIBIT A**

**CERTIFICATE OF GOOD STANDING OF STEPHEN R. BASSER IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Stephen R. Basser, hereby certify that:

1. Since October, 1985, I have been a member in good standing of the bar of the highest court of the State of California, where I regularly practice law.

2. I am also admitted to practice in the United States District Courts for the Southern, Eastern, Central and Northern Districts of California, the Eastern District of Wisconsin, the District of Colorado, the Eastern District of Pennsylvania, the United States Court of Appeals for the Ninth Circuit and for the Sixth Circuit, and the Commonwealth of Pennsylvania (where I have been a member in good standing since 1976 and on inactive status since my admission to California in 1985).

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5. I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6.       I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7.       My name, firm name, street address, telephone number, and fax number are as follows:

>Stephen R. Basser
>BARRACK RODOS & BACINE
>600 West Broadway, Suite 900
>San Diego, CA 92101
>Telephone: (619) 230-0800
>Facsimile: (619) 230-1874

DATED: September 6, 2022

*/s/ Stephen R. Basser*
Stephen R. Basser
BARRACK RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com