# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Lauren Godles Milgroom of the law firm Block & Leviton LLP hereby enters her appearance on behalf of Plaintiffs Tennie Komar and Debra Monette in the above-captioned consolidated action. Ms. Milgroom is currently in good standing with this Court.

Dated: September 7, 2022　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Lauren Godles Milgroom*
　　　　　　　　　　　　　　　　　　　　Lauren Godles Milgroom (BBO# 698743)
　　　　　　　　　　　　　　　　　　　　**BLOCK & LEVITON LLP**
　　　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Tel: (617) 398-5600
　　　　　　　　　　　　　　　　　　　　Lauren@blockleviton.com

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

Dated:  September 7, 2022                         */s/ Lauren Godles Milgroom*
                                                                                   Lauren Godles Milgroom (BBO# 698743)