UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SHIELDS HEALTH CARE GROUP, INC. DATA BREACH LITIGATION | Civil Action No.: 1:22-cv-10901-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for plaintiffs Lisa Smith, James Buechler, Jonathan Roach, and Julie Colby, in the above-named matter.

Dated: September 7, 2022            Respectfully submitted,

**BARRACK RODOS & BACINE**

*/s/ Stephen R. Basser*
   Stephen R. Basser

One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

*Counsel for Plaintiffs Lisa Smith, James Buechler, Jonathan Roach and Julie Colby*

**CERTIFICATE OF SERVICE**

      I, Stephen R. Basser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 7, 2022.

Dated:  September 7, 2022                    */s/ Stephen R. Basser*
                                                      Stephen R. Basser