UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Shields Health Care Group, Inc. Data Breach Litigation | Civil Action No.: 1:22-cv-10901-PBS |

## NOTICE OF [PROPOSED] ASSENTED-TO ORDER APPOINTING INTERIM CLASS COUNSEL

Plaintiffs hereby provide Notice to the Court that they have reached agreement on a proposed leadership structure in the above-captioned action, which is memorialized in the [Proposed] Assented-To Order Appointing Interim Class Counsel attached hereto as Exhibit A.

DATED: September 15, 2022

Respectfully Submitted,

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO 664513)
Patrick T. Egan (BBO 637477)
Christina L. Gregg (BBO 709220)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
norenstein@bermantabacco.com

*Liaison Counsel for Smith Plaintiff Group*

Lori G. Feldman, Esq. (admitted *pro hac vice*)
GEORGE GESTEN MCDONALD, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

David J. George
GEORGE GESTEN MCDONALD, PLLC
9897 Lake Worth Road, Suite 302

Lake Worth, FL 33463
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
E-mail: dgeorge@4-Justice.com
E-Service: eService@4-justice.com

Melissa R. Emert (admitted *pro hac vice*)
Gary S. Graifman
**KANTROWITZ, GOLDHAMER**
**& GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1086
memert@kgglaw.com
ggraifman@kgglaw.com

Stephen R. Basser
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

Jeffrey W. Golan
Meghan J. Talbot
**BARRACK, RODOS & BACINE**
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
jgolan@barrack.com
mtalbot@barrack.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Thomas H. Burt

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Ave.
New York, New York 10014
Tel: (212) 545-4669
Fax: (212) 686-0114
burt@whafh.com

Lynda Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4441
Fax: (212) 292-4442
lgrant@grantfirm.com

*Counsel for Smith Plaintiff Group*

*/s/ Jason M. Leviton*
Jason M. Leviton
Lauren Godles Milgroom
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020

*Liaison Counsel for Komar Plaintiff Group*

Gary F. Lynch (admitted *pro hac vice*)
Elizabeth Pollock-Avery (admitted *pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com

Erin Green Comite (admitted *pro hac vice*)
Carey Alexander (admitted *pro hac vice*)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334

ecomite@scott-scott.com
calexander@scott-scott.com

*Counsel for Komar Plaintiff Group*

*/s/ Victoria Santoro Mair*
Victoria Santoro Mair (BBO 679120)
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, MA 02210
Telephone: (617) 391-9001
Facsimile: (617) 357-9001
victoria@sweeneymerrigan.com

*Liaison Counsel for Biscan/Diaz Plaintiff Group*

Kenya J. Reddy
**MORGAN & MORGAN**
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
kreddy@ForThePeople.com

Todd. S. Garber (admitted *pro hac vice*)
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
tgarber@fbfglaw.com

Seth A. Meyer (admitted *pro hac vice*)
**KELLER POSTMAN LLC**
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 741-5220
sam@kellerpostman.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606

Phone: 866.252.0878
gklinger@milberg.com

*Counsel for Biscan/Diaz Plaintiff Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 15, 2022                    */s/ Nathaniel L. Orenstein*
                                                                   Nathaniel L. Orenstein