# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Shields Health Care Group, Inc. Data Breach Litigation | Civil Action No.: 1:22-cv-10901-PBS (Consolidated) |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Nathaniel L. Orenstein, hereby moves that this court enter an Order granting leave to John G. Emerson, Emerson Firm, PLLC, 2500 Wilcrest Drive, Suite 300, Houston, TX 77042, to appear on behalf of Plaintiff James Buechler in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1) John G. Emerson is and has been a member in good standing of the bar of the State of Texas since 05/26/1980. In addition, John G. Emerson has been admitted to practice in the following jurisdictions:

Supreme Court of the United States; Supreme Court of Texas; Supreme Court of Washington; Supreme Court of Arkansas; 1st Circuit Court of Appeals; 2nd Circuit Court of Appeals; 5th Circuit Court of Appeals; 8th Circuit Court of Appeals; 9th Circuit Court of Appeals; Texas Southern District Court; Texas Eastern District Court; Texas Western District Court; Texas Northern District Court; Washington Western District Court; Arkansas Eastern District Court; Arkansas Western District Court; and Colorado District Court;

2) There are no disciplinary proceedings pending against John G. Emerson as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past;

3) John G. Emerson has reviewed the rules of this Court and will abide by the rules of this Court; and

4) In further support of this motion, John G. Emerson has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3, which is attached hereto as **Exhibit A**.

WHEREFORE, the undersigned counsel respectfully moves that John G. Emerson be admitted to practice before this Court *pro hac vice*.

DATED: September 21, 2022                    Respectfully submitted,

                                             */s/ Nathaniel L. Orenstein*
                                             Nathaniel L. Orenstein (BBO# 664513)
                                             **BERMAN TABACCO**
                                             One Liberty Square
                                             Boston, MA 02109
                                             Telephone: (617) 542-8300
                                             Facsimile: (617) 542-1194
                                             E-Mail: norenstein@bermantabacco.com

                                             *Co-Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  September 21, 2022                      */s/ Nathaniel L. Orenstein*
                                                                    Nathaniel L. Orenstein