# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Shields Health Care Group, Inc. Data Breach Litigation | Civil Action No.: 1:22-cv-10901-PBS (Consolidated) |

**EXHIBIT A**

**CERTIFICATE OF GOOD STANDING OF JOHN G. EMERSON IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, John G. Emerson, hereby certify that:

1) Since May 26, 1980, I have been a member in good standing of the bar of the highest court of the State of Texas where I regularly practice law.

2) I am also admitted to practice in the United States District Courts for Texas Southern District Court; Texas Eastern District Court; Texas Western District Court; Texas Northern District Court; Washington Western District Court; Arkansas Eastern District Court; Arkansas Western District Court; and Colorado District Court; as well as the United States Courts of Appeals for the 1st, 2nd, 5th, 8th, and 9th Circuits and the United States Supreme Court.

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5) I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6) I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7) My name, firm name, street address, telephone number, and fax number are as follows:

John G. Emerson, Emerson Firm, PLLC, 2500 Wilcrest Drive, Suite 300, Houston, TX 77042, (800) 551-8649; (501) 286-4659.

DATED: September 21, 2022      Respectfully submitted,

*John G. Emerson*
John G. Emerson

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**John G. Emerson Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 26th day of May, 1980.

I further certify that the records of this office show that, as of this date

**John G. Emerson Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of July, 2022.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 7446C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 07, 2022

Re: Mr. John G. Emerson Jr., State Bar Number 06602600

To Whom It May Concern:

This is to certify that Mr. John G. Emerson Jr. was licensed to practice law in Texas on May 26, 1980, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web