# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | **CIVIL ACTION NO.: 1:22-cv-10901**<br><br>Hon. Patti B. Saris |

## PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED COMPLAINT

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.1(g), Plaintiffs in the above-caption action respectfully move the Court for an order extending the deadline to file Plaintiffs' Consolidated Complaint beyond the current deadline set forth in the Court's Minute Order (ECF No. 53) of October 31, 2022, by thirty (30) days to November 30, 2022. Defendant's answer or motion to dismiss shall then be due within 45 days of Plaintiffs' filing of the Consolidated Complaint. Defendant assents to the relief sought in this Motion.

In support of its Motion, Plaintiffs respectfully submit herewith: (1) the Declaration of Nathaniel L. Orenstein in Support of Assented-To Motion to Extend Deadline to File Consolidated Complaint; and (2) [Proposed] Order Approving Plaintiffs' Motion to Extend Deadline to File Consolidated Complaint.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Assented-To Motion to Extend the Deadline to File Consolidated Complaint.

DATED: October 24, 2022

Respectfully Submitted,
**BERMAN TABACCO**

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109

1

Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com

Jason M. Leviton
Lauren Godles Milgroom
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020

*Interim Co-Liaison Counsel*

Lori G. Feldman, Esq. (*admitted pro hac vice*)
GEORGE GESTEN MCDONALD, PLLC 102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

Seth A. Meyer (*admitted pro hac vice*)
**KELLER POSTMAN LLC**
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 741-5220
sam@kellerpostman.com

Gary F. Lynch (*admitted pro hac vice*)
Elizabeth Pollock-Avery (*admitted pro hac vice*)
Hannah N. Barnett (*admitted pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com

*Interim Co-Lead Counsel*

Stephen R. Basser
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900

San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

Melissa R. Emert (*admitted pro hac vice*)
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1086
memert@kgglaw.com
ggraifman@kgglaw.com

Todd. S. Garber (admitted pro hac vice)
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
|One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
tgarber@fbfglaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606

Kenya J. Reddy
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
kreddy@ForThePeople.com

Erin Green Comite (*admitted pro hac vice*)
Carey Alexander (*admitted pro hac vice*)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169

Telephone: 212-223-6444
Facsimile: 212-223-6334

Victoria Santoro Mair
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL Boston, MA 02210
Telephone: (617) 391-9001
Facsimile: (617) 357-9001
victoria@sweeneymerrigan.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Interim Executive Committee*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and Defendant assents to the relief sought herein.

DATED: October 24, 2022                 */s/ Nathaniel L. Orenstein*
                                        Nathaniel L. Orenstein

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: October 24, 2022                 */s/ Nathaniel L. Orenstein*
                                        Nathaniel L. Orenstein