UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | **CIVIL ACTION NO.: 1:22-cv-10901**<br><br>**Hon. Patti B. Saris** |

**[PROPOSED] ORDER APPROVING PLAINTIFFS' MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED COMPLAINT**

This matter comes before the Court on Plaintiffs' Motion to Extend Deadline to File Consolidated Complaint. The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

Accordingly the Court **ORDERS** as follows:

Plaintiffs shall file a Consolidated Complaint on or before November 30, 2022.

Defendant's answer or motion to dismiss shall then be due within 45 days of Plaintiffs' filing of the Consolidated Complaint.

**IT IS SO ORDERED.**

**DATED**: _____          _____
                                        **Hon. Patti B. Saris**
                                        **UNITED STATES DISTRICT JUDGE**