**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | **CIVIL ACTION NO.: 1:22-cv-10901**<br><br>**Hon. Patti B. Saris** |

**DECLARATION OF NATHANIEL L. ORENSTEIN IN SUPPORT OF ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED COMPLAINT**

1. Nathaniel L. Orenstein hereby declares and states as follows in support of Plaintiffs' assented-to Motion to extend the deadline to file Plaintiffs' Consolidated Complaint beyond the current deadline of October 31, 2022, by thirty (30) days to November 30, 2022. Pursuant to Local Rule 7.1(a)(2), Plaintiffs' counsel has conferred with Defendant's counsel regarding the relief sought in this motion and Defendant has assented to this relief, subject to Court approval.

2. On September 8, 2022, the Court entered a Minute Order (ECF No. 53) instructing that the "Parties shall file a proposed joint leadership structure to the court by 9/15/2022" and then for the "Parties to file a Consolidated Complaint within 45 days." On September 16, 2022, the Court entered its Order Appointing Interim Class Counsel (ECF No. 55). Forty-five days from September 16, 2022, is October 31, 2022.

3. FED. R. CIV. P. 16(b)(4) provides that, once a scheduling order has been issued, "[a] schedule may be modified only for good cause and with the judge's consent." *Steir v. Girl Scouts of the USA, et al.*, 383 F.3d 7, 12 (1st Cir. 2004). The Court has "'broad discretion' to allow motions to extend deadlines." *Gouin v. Nolan Assocs.*, LLC, 325 F.R.D. 521, 524 (D. Mass. 2017) (quoting *Macaulay v. Anas*, 321 F.3d 45, 49 (1st Cir. 2003)).

4. Plaintiffs are diligently researching and preparing the Consolidated Complaint. As part of this process, the parties have been in communication and Defendant has agreed to provide Plaintiffs with certain information that may facilitate the finalization of the Complaint and allow

1

for the more efficient prosecution of the above-actioned caption.  However, Plaintiffs have not yet received this information which will likely then require additional analysis and follow-up research.  The requested extension will allow Plaintiffs to both obtain the above-referenced information and conduct any required analysis and research.

5.  No party will be prejudiced by granting this Motion and no party has previously sought to extend the deadline for Plaintiffs to file their Consolidated Complaint.  Granting the relief sought in this Motion will not require adjusting any subsequent deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 24, 2022                    Respectfully Submitted,

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO #664513)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
norenstein@bermantabacco.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: October 24, 2022                    */s/ Nathaniel L. Orenstein*
                                           Nathaniel L. Orenstein