UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO.: 1:22-cv-10901<br><br>Hon. Patti B. Saris |

**PLAINTIFFS' SECOND ASSENTED-TO MOTION TO**
**EXTEND DEADLINE TO FILE CONSOLIDATED COMPLAINT**

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.1(g), Plaintiffs in the above-caption action respectfully move the Court for an order extending the deadline to file Plaintiffs' Consolidated Complaint beyond the current deadline set forth in the Court's Minute Order (ECF No. 60) of November 30, 2022, by forty (40) days to January 9, 2023. Defendant assents to the relief sought in this Motion.

On September 8, 2022, the Court entered a Minute Order (ECF No. 53) instructing that the "Parties shall file a proposed joint leadership structure to the court by 9/15/2022" and for the "Parties to file a Consolidated Complaint within 45 days." On September 16, 2022, the Court entered its Order Appointing Interim Class Counsel (ECF No. 55). On October 27, 2022, the Court entered a Minute Order granting Plaintiffs' Motion to Extend Deadline to File Consolidated Complaint and ordering that the Consolidated Complaint is due by November 30, 2022 (ECF No. 60).

Plaintiffs are diligently researching and preparing the Consolidated Complaint. As part of this process, the parties have been in frequent communication and last week, Defendant provided Plaintiffs with certain agreed-upon information. This information requires further analysis, testing, and discussion between the Parties. Moreover, the Parties have been in communication about Defendant providing further information for Plaintiffs' review. All of this information will

facilitate the filing of a Consolidated Complaint that will allow for the more efficient litigation of this action.

No party will be prejudiced by granting this Motion. Granting the relief sought in this Motion will not require adjusting any subsequent deadlines.

FED. R. CIV. P. 16(b)(4) provides that, once a scheduling order has been issued, "[a] schedule may be modified only for good cause and with the judge's consent." *Steir v. Girl Scouts of the USA, et al.*, 383 F.3d 7, 12 (1st Cir. 2004). The Court has "'broad discretion' to allow motions to extend deadlines." *Gouin v. Nolan Assocs.*, LLC, 325 F.R.D. 521, 524 (D. Mass. 2017) (quoting *Macaulay v. Anas*, 321 F.3d 45, 49 (1st Cir. 2003)).

WHEREFORE, Plaintiffs respectfully request that the Court grant this Assented-To Motion to Extend the Deadline to File Consolidated Complaint until January 9, 2023.

Dated: November 28, 2022   Respectfully Submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO #678331)
Lauren Godles Milgroom (BBO# 698743)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
jason@blockleviton.com
Phone: (617) 398-5600

Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com

***Interim Co-Liaison Counsel***

Lori G. Feldman, Esq. (*admitted pro hac vice*)
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

Seth A. Meyer (*admitted pro hac vice*)
**KELLER POSTMAN LLC**
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 741-5220
sam@kellerpostman.com

Elizabeth Pollock-Avery (*admitted pro hac vice*)
Gary F. Lynch (*admitted pro hac vice*)
Hannah N. Barnett (*admitted pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com

*Interim Co-Lead Counsel*

Stephen R. Basser
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

Melissa R. Emert (*admitted pro hac vice*)
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1086

3

memert@kgglaw.com
ggraifman@kgglaw.com

Todd. S. Garber (admitted pro hac vice)
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
|One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
tgarber@fbfglaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606

Kenya J. Reddy
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
kreddy@ForThePeople.com

Erin Green Comite (*admitted pro hac vice*)
Carey Alexander (*admitted pro hac vice*)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334

Victoria Santoro Mair
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL Boston, MA 02210
Telephone: (617) 391-9001
Facsimile: (617) 357-9001
victoria@sweeneymerrigan.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Interim Executive Committee*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and Defendant assents to the relief sought herein.

DATED: November 28, 2022            */s/ Jason M. Leviton*
                                     Jason M. Leviton

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: November 28, 2022            */s/ Jason M. Leviton*
                                     Jason M. Leviton