UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**ASSENTED TO MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Local Rule 7.1, Defendant Shields Health Care Group, Inc. ("Defendant") requests this Court extend the response date for Defendant to respond to Plaintiffs' Consolidated Class Action Complaint (Doc. 64) by thirty (30) days from February 23, 2023 up to and including March 27, 2023[1]. Plaintiffs assent to this request. In support of its request, Defendant states as follows:

1. On August 1, 2022, the Court entered an order consolidating under this case number multiple actions in this Court against Defendant arising out of the same data security incident. (Doc. 9).

2. On September 9, 2022, the Court ordered a consolidated complaint to be filed within forty-five (45) days. (Doc. 53).

3. On September 16, 2022, the Court entered an order appointing interim class counsel. (Doc. 55).

4. On October 24, 2022, Plaintiffs filed an assented-to motion to extend the deadline to file a consolidated complaint to November 30, 2022. The motion also requested that Defendant

---

[1] March 25, 2023 is a Saturday.

1

have forty-five (45) days to respond to a consolidated complaint. The Court granted the motion on October 27, 2022. (Docs. 58, 60).

5. On November 28, 2022, Plaintiffs filed a second assented-to motion to extend the deadline to file a consolidated complaint to January 9, 2023. The motion again requested that Defendant have forty-five (45) days to respond to a consolidated complaint. The Court granted the motion on November 29, 2022. (Docs. 61-62).

6. On January 9, 2023, Plaintiffs filed their Consolidated Class Action Complaint. (Doc. 64).

7. Defendant's response to the Consolidated Class Action Complaint is presently due by February 23, 2023.

8. Defendant seeks to extend its response date to permit exploration of an early mediation of this action, which interim class counsel has expressed interest in, as well as coordination of and with three pending class actions filed in Massachusetts Superior Court against Defendant, all of which arise out of the same subject data security incident. Those actions are:

    a. *Constantine Kossifos, on behalf of himself and all others similarly situated v. Shields Health Care Group, Inc.*, Civil Action No. 2282-cv-00561, filed in the Norfolk Superior Court on June 16, 2022;

    b. *Amanda Johnson, Christine Cambria, Courtney Horgan, and Kenneth Vandam, on behalf of themselves and all others similarly situated v. Shields Health Care Group*, *Inc.*, Civil Action No. 2277-cv-00839, filed in the Essex Superior Court on September 2, 2022; and

c. *William Biscan, Tennie Komar, and Lisa Smith, on behalf of themselves and all others similarly situated v. Shields Health Care Group, Inc.*, Case No. 2382cv0023, filed in the Norfolk Superior Court on January 9, 2023.

9. The third state court action (*Biscan*) was filed by interim class counsel in this matter, due to questions over whether this Court has jurisdiction over a class action involving all Massachusetts residents affected by the subject data security incident under the home-state exception to the Class Action Fairness Act, 28 U.S.C. § 1332. This issue was, in part, the reason the Parties previously extended the deadline for Plaintiffs to file a consolidated complaint.

10. Counsel for Defendant has met and conferred with interim class counsel who consent to the extension requested herein.

11. Accordingly, Defendant believe it is in the interests of judicial economy to extend Defendant's response date to the Consolidated Class Action Complaint to permit further exploration of an early mediation involving all relevant parties and counsel, and to permit potential coordination of and with the state court matters.

WHEREFORE, Defendant Shields Health Care Group, Inc., with the assent of Plaintiffs, requests this Court extend the response date for Defendant to respond to Plaintiffs' Consolidated Class Action Complaint (Doc. 64) by thirty (30) days from February 23, 2023 up to and including March 27, 2023.

Dated: February 17, 2023 	Respectfully submitted,

	*/s/ Jordan S. O'Donnell*
	Jordan S. O'Donnell, #BBO 684001
	Claudia D. McCarron (*pro hac vice*)
	Mullen Coughlin LLC
	426 W. Lancaster Avenue, Suite 200
	Devon, PA 19333
	Telephone: (267) 930-4106
	jsodonnell@mullen.law
	cmccarron@mullen.law

	*Attorney for Defendant*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for Plaintiffs regarding this motion on February 10, 2023, and Plaintiffs' counsel assented to this motion..

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell
