UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**JOINT MOTION TO CONTINUE RULE 16(b) SCHEDULING CONFERENCE**

Pursuant to Local Rule 7.1, Defendant Shields Health Care Group, Inc. ("Defendant") and Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper ("Plaintiffs," together the "Parties") jointly request this Court to continue the Rule 16(b) Scheduling Conference currently scheduled for March 13, 2023, to a date after Defendant's response date to Plaintiffs' Class Action Complaint, which is March 27, 2023. In support of their request, the Parties state as follows:

On February 9, 2023, the Court issued a Notice of Scheduling Conference for March 13, 2023. [Doc. 65]. Thereafter, on February 17, 2023, Defendant filed an Assented-to Motion for Extension of Time to respond to Plaintiffs' Complaint up to and including March 27, 2023, which the Court granted on February 21, 2023. [Docs. 66-67]. Defendant sought this extension to permit exploration of an early mediation of this action and coordination with three pending class actions filed in Massachusetts Superior Court against Defendant arising out of the same data security incident. [Doc. 66].

Accordingly, as it is anticipated the Parties will either, prior to Defendant's March 27, 2023 response deadline, request to stay this matter should they agree to pursue an early mediation, or Defendant will file a motion to dismiss the Class Action Complaint by March 27, 2023, it is in the

1

interests of judicial economy to continue the scheduling conference to some date after the present response date of March 27, 2023. As there are no other deadlines pending in this case, no party will be prejudiced by such a continuance.

WHEREFORE, Defendant Shields Health Care Group, Inc., and Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper request this Court continue the Scheduling Conference currently scheduled for March 13, 2023, to some date after Defendant's response date of March 27, 2023.

Dated: February 28, 2023               Respectfully submitted,

/s/ *Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorney for Defendant*

Lori G. Feldman (*pro hac vice*)
George Gesten McDonald, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
lfeldman@4-justice.com

Seth A. Meyer (*pro hac vice*)
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
sam@kellerpostman.com

Elizabeth Pollock-Avery (*pro hac vice*)
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
elizabeth@lcllp.com

*Interim Co-Lead Counsel*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for Plaintiffs regarding this motion and all parties are in agreement.

                                                */s/ Jordan S. O'Donnell*
                                                Jordan S. O'Donnell

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

                                                */s/ Jordan S. O'Donnell*
                                                Jordan S. O'Donnell