UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO.: 1:22-CV-10901<br><br>Hon. Patti B. Saris |

## NOTICE OF CHANGE OF FIRM NAME

TO:     All Counsel of Record

PLEASE TAKE NOTICE that the law firm of GEORGE GESTEN McDONALD, PLLC has changed its name to GEORGE FELDMAN McDONALD, PLLC. The mailing address, telephone and facsimile numbers remain the same and are as follows:

| 9897 Lake Worth Road<br>Suite 302<br>Lake Worth, FL 33467<br>Telephone: (561) 232-6002<br>Facsimile: (888) 421-4173 | 102 Half Moon Bay Drive<br>Croton-On-Hudson, NY 10520<br>Telephone: (917) 983-9321<br>Facsimile: (888) 421-4173 | 5526 Falmouth Street<br>Suite 500<br>Richmond, VA 10151<br>Telephone: (561) 232-6002<br>Facsimile: (888) 421-4173 |
|---|---|---|

Dated: February 28, 2023

By: */s/ Lori G. Feldman*
Lori G. Feldman, Esq.
GEORGE FELDMAN McDONALD PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Lori G. Feldman*
　　　　　　　　　　　　　　　　　　　Lori G. Feldman, Esq.