UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**JOINT MOTION TO EXTEND DEFENDANT'S RESPONSE DATE TO CLASS ACTION COMPLAINT AND CONTINUE RULE 16(b) SCHEDULING CONFERENCE**

Pursuant to Local Rule 7.1, Defendant Shields Health Care Group, Inc. ("Defendant") and Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper ("Plaintiffs," together the "Parties"), jointly request this Court to extend the response date for Defendant to respond to Plaintiffs' Consolidated Class Action Complaint (Doc. 64) by thirty (30) days from March 27, 2023, up to and including April 26, 2023; and to continue the Rule 16(b) Scheduling Conference currently scheduled for April 6, 2023, until a date after the new response date. In support of their request, the Parties state as follows:

1. On August 1, 2022, the Court entered an order consolidating, under this case number, multiple actions filed in this Court against Defendant, which all arise out of the same data security incident. (Doc. 9).

2. On September 9, 2022, the Court ordered a consolidated complaint to be filed within forty-five (45) days. (Doc. 53).

3. On September 16, 2022, the Court entered an order appointing interim class counsel (Doc. 55).

1

4.       The Court previously extended the date for Plaintiffs to file their consolidated complaint, pursuant to Plaintiffs' requests. (Docs. 60, 62).

5.       On January 9, 2023, Plaintiffs filed their Consolidated Class Action Complaint (Doc. 64).

6.       The Court thereafter extended Defendant's response date to March 27, 2023, pursuant to Defendant's request. (Doc 67).

7.       On February 9, 2023, the Court issued a Notice of Scheduling Conference for March 13, 2023. (Doc. 65). After the Court extended Defendant's response date to March 27, 2023, the Parties jointly moved to continue the schedule conference. (Doc. 68). The Court thereafter rescheduled the conference to April 6, 2023 (Doc. 70).

8.       In Defendant's Assented-to Motion for Extension of Time (Doc. 66), it noted that the parties sought to explore an early mediation of this action and its coordination with three pending class actions filed in Massachusetts Superior Court against Defendant, which all arise out of the same subject data security incident:

   a. *Constantine Kossifos, on behalf of himself and all others similarly situated v. Shields Health Care Group, Inc.*, Civil Action No. 2282-cv-00561, filed in the Norfolk Superior Court on June 16, 2022;

   b. *Amanda Johnson, Christine Cambria, Courtney Horgan and Kenneth Vandam, on behalf of themselves and all others similarly situated v. Shields Health Care Group, Inc.*, Civil Action No. 2277-cv-00839, filed in the Essex Superior Court on September 2, 2022; and

c. *William Biscan, Tennie Komar, and Lisa Smith, on behalf of themselves and all others similarly situated v. Shields Health Care Group, Inc.*, Case No. 2382-cv-0023, filed in the Norfolk Superior Court on January 9, 2023.

9. The third state court action (*Biscan*) was filed by interim class counsel in this matter, due to questions over whether this Court has jurisdiction over a class action involving all Massachusetts residents affected by the subject data security incident under the home-state exception to the Class Action Fairness Act, 28 U.S.C. § 1332. This issue was, in part, the reason the Parties previously extended the deadline for Plaintiffs to file a consolidated complaint.

10. On March 15, 2023, Defendant filed a Motion to Consolidate the three matters in the Massachusetts Superior Court, which plaintiffs in all three state court matters assented to.

11. The Parties continue to explore a potential early mediation, but prefer to do so in conjunction with the pending state court class action litigation referenced above. Accordingly, they seek to extend Defendant's response date to the Consolidated Class Action Complaint in this matter and to continue the Rule 16(b) scheduling conference, so the state court matters can be consolidated. The Parties believe this is in the interests of judicial economy for both this Court and the Massachusetts Superior Court.

WHEREFORE, Defendant Shields Health Care Group, Inc., and Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper request this Court extend Defendant's response date to the Consolidated Class Action Complaint (Doc. 64) by thirty (30) days up to and including up to and including April 26, 2023; and continue the Rule 16(b) Scheduling Conference currently scheduled for April 6, 2023 to a date after the new response date.

Dated: March 15, 2023   Respectfully submitted,

/s/ *Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorney for Defendant*

Lori G. Feldman (*pro hac vice*)
George Feldman McDonald, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
lfeldman@4-justice.com

Seth A. Meyer (*pro hac vice*)
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
sam@kellerpostman.com

Elizabeth Pollock-Avery (*pro hac vice*)
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
elizabeth@lcllp.com

*Interim Co-Lead Counsel*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for Plaintiffs regarding this motion and all parties are in agreement.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell