# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

## JOINT MOTION TO EXTEND DEFENDANT'S RESPONSE DATE TO CLASS ACTION COMPLAINT AND CONTINUE RULE 16(b) SCHEDULING CONFERENCE

Pursuant to Local Rule 7.1, Defendant Shields Health Care Group, Inc. ("Defendant") and Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper ("Plaintiffs," together the "Parties"), jointly request this Court to extend the response date for Defendant to respond to Plaintiffs' Consolidated Class Action Complaint (Doc. 64) by thirty (30) days from March 27, 2023, up to and including April 26, 2023; and to continue the Rule 16(b) Scheduling Conference currently scheduled for April 6, 2023, until a date after the new response date. In support of their request, the Parties state as follows:

1. On August 1, 2022, the Court entered an order consolidating, under this case number, multiple actions filed in this Court against Defendant, which all arise out of the same data security incident. (Doc. 9).

2. On September 9, 2022, the Court ordered a consolidated complaint to be filed within forty-five (45) days. (Doc. 53).

3. On September 16, 2022, the Court entered an order appointing interim class counsel (Doc. 55).

1

*[handwritten: 3/16/23 allowed /s/ Patti B. Saris]*