UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**JOINT MOTION TO EXTEND DEFENDANT'S RESPONSE DATE
TO CLASS ACTION COMPLAINT AND
CONTINUE RULE 16(b) SCHEDULING CONFERENCE**

Pursuant to Local Rule 7.1, Defendant Shields Health Care Group, Inc. ("Defendant") and Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper ("Plaintiffs," together the "Parties"), jointly request this Court to extend the response date for Defendant to respond to Plaintiffs' Consolidated Class Action Complaint (Doc. 64) by ninety (90) days from April 26, 2023, up to and including July 25, 2023; and to continue the Rule 16(b) Scheduling Conference currently scheduled for May 3, 2023, until a date after the new response date. As discussed below, the Parties request this additional extension to align this case's track with that of a recently consolidated, parallel Massachusetts Superior Court class action, for which a conference to address consolidation and other issues has been scheduled for June 22, 2023. In support of their request, the Parties state as follows:

1.  On August 1, 2022, the Court entered an order consolidating, under this case number, multiple actions filed in this Court against Defendant, which all arise out of the same data security incident. (Doc. 9).

2.  On September 9, 2022, the Court ordered a consolidated complaint to be filed within forty-five (45) days. (Doc. 53).

1

3.  On September 16, 2022, the Court entered an order appointing interim class counsel (Doc. 55).

4.  The Court extended the date for Plaintiffs to file their consolidated complaint, pursuant to Plaintiffs' requests. (Docs. 60, 62).

5.  On January 9, 2023, Plaintiffs filed their Consolidated Class Action Complaint (Doc. 64).

6.  Pursuant to the Parties requests, the Court has extended Defendant's response date, mostly recently to April 26, 2023. (Docs. 67, 72).

7.  The Court has also continued a Scheduling Conference for this matter, in accordance with those extensions. (Docs. 65, 69-70, 72-73).

8.  In the prior requests to extend Defendant's response date, the Parties have indicated they sought extensions to explore an early mediation of this action and to coordinate it three class actions that had been filed in Massachusetts Superior Court against Defendant, all arising out of the same subject data security incident:

    a.  *Constantine Kossifos, on behalf of himself and all others similarly situated v. Shields Health Care Group, Inc.*, Civil Action No. 2282-cv-00561, filed in the Norfolk Superior Court on June 16, 2022;

    b.  *Amanda Johnson, Christine Cambria, Courtney Horgan and Kenneth Vandam, on behalf of themselves and all others similarly situated v. Shields Health Care Group, Inc.*, Civil Action No. 2277-cv-00839, filed in the Essex Superior Court on September 2, 2022; and

  c. *William Biscan, Tennie Komar, and Lisa Smith, on behalf of themselves and all others similarly situated v. Shields Health Care Group, Inc.*, Case No. 2382-cv-0023, filed in the Norfolk Superior Court on January 9, 2023.

9. The third state court action (*Biscan*) was filed by interim class counsel in this matter, due to questions over whether this Court has jurisdiction over a class action involving all Massachusetts residents affected by the subject data security incident under the home-state exception to the Class Action Fairness Act, 28 U.S.C. § 1332. This issue was, in part, the reason the Parties previously extended the deadline for Plaintiffs to file a consolidated complaint.

10. As previously reported, Defendant filed, on March 15, 2023, a Motion to Consolidate the three matters in the Massachusetts Superior Court, which plaintiffs in all three state court matters assented to.

11. The Norfolk Superior Court (where the first-filed case is pending) granted that motion on March 16, 2023. Pursuant to Massachusetts Superior Court rules, the Norfolk Superior Court has scheduled a conference for June 22, 2023, where counsel intend to address various issues related to this consolidated action, including potential appointment of leadership counsel, filing of a consolidated complaint, and a scheduling order.

12. As the Parties have previously reported, they continue to explore a potential early mediation, but prefer to do so in conjunction with the pending state court consolidated class action. This is because Plaintiffs in this action seek to represent a class of residents outside of Massachusetts impacted by the subject data security incident, whereas the plaintiffs in the state court consolidated action seek to represent Massachusetts residents impacted by the subject data security incident.

13. Accordingly, the Parties seek to extend Defendant's response date to the Consolidated Class Action Complaint in this matter and to continue the Rule 16(b) scheduling conference, so the procedural issues related to the state court consolidated matter can be resolved and determined at the June 22, 2023 conference. The Parties believe this extension is in the interests of judicial economy for both this Court and the Massachusetts Superior Court.

WHEREFORE, Defendant Shields Health Care Group, Inc., and Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper request this Court extend Defendant's response date to the Consolidated Class Action Complaint (Doc. 64) by ninety (90) days up to and including up to and including July 25, 2023; and continue the Rule 16(b) Scheduling Conference currently scheduled for May 3, 2023 to a date after the new response date.

Dated: April 13, 2023                           Respectfully submitted,

/s/ Jordan S. O'Donnell
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorney for Defendant*

/s/ Lori G. Feldman
Lori G. Feldman (*pro hac vice*)
George Gesten McDonald, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
lfeldman@4-justice.com

Seth A. Meyer (*pro hac vice*)
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
sam@kellerpostman.com

Elizabeth Pollock-Avery (*pro hac vice*)
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
elizabeth@lcllp.com

*Interim Co-Lead Counsel*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for Plaintiffs regarding this motion and all parties are in agreement.

/s/ Jordan S. O'Donnell
Jordan S. O'Donnell

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

/s/ Jordan S. O'Donnell
Jordan S. O'Donnell