UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**JOINT MOTION TO EXTEND DEFENDANT'S RESPONSE DATE
TO CLASS ACTION COMPLAINT AND
CONTINUE RULE 16(b) SCHEDULING CONFERENCE**

Pursuant to Local Rule 7.1, Defendant Shields Health Care Group, Inc. ("Defendant") and Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper ("Plaintiffs," together the "Parties"), jointly request this Court to extend the response date for Defendant to respond to Plaintiffs' Consolidated Class Action Complaint (Doc. 64) by thirty (30) additional days from July 25, 2023, up to and including August 24, 2023; and to continue the Rule 16(b) Scheduling Conference currently scheduled for August 1, 2023, until a date after the new response date. As discussed below, the Parties request this additional extension to align this case's track with that of a recently consolidated, parallel Massachusetts Superior Court class action, for which a conference to address consolidation and other issues had been scheduled for June 22, 2023, but was continued to September 6, 2023. Since then, all plaintiffs' counsel in the state court consolidated class action have indicated they will file a consolidated complaint, which will further aid in the Parties' goal of aligning these matters so a potential global resolution can be explored. In support of their request, the Parties state as follows:

7/21/23

ALLOWED. However, this case is aging. No further extension will be granted.

/s/ Patti B. Saris

1