**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**DEFENDANT SHIELDS HEALTH CARE GROUP, INC.'S**
**MOTION FOR LEAVE TO EXCEED PAGE LIMIT UNDER LOCAL RULE 7.1(B)(4)**
**FOR MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Pursuant to Local Rule 7.1(B)(4), Defendant Shields Health Care Group, Inc. ("Shields"), by and through its undersigned counsel, moves this Court for leave to exceed the twenty-page limit permitted for memoranda supporting or opposing motions, for its forthcoming Motion to Dismiss Plaintiffs' Class Action Complaint, due by Wednesday, August 23, 2023. [Doc. 80]. Shields seeks leave to file a memorandum in support of that motion up to thirty-five (35) pages, which is fifteen (15) more than Local Rule 7.1(B)(4)'s page limit.

In support of its request, Shields states that leave is warranted here because the Class Action Complaint is a consolidated complaint with five (5) plaintiffs, twenty-one (21) causes of action, contains 408 numbered paragraphs, and exceeds eighty (80) pages. Each Plaintiffs makes particularized factual allegations relevant to their claims and there are causes of actions brought not only under the common law but multiple states statutes (on behalf of the multiple putative state sub-classes.). Accordingly, additional pages are required for Shields to properly brief to the Court its arguments as to each cause of action.

Plaintiffs' counsel has indicated they do not oppose this motion.

Dated: August 21, 2023                Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorney for Defendant*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with counsel for Plaintiffs regarding this motion and they have no opposition.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell