UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**DEFENDANT SHIELDS HEALTH CARE GROUP, INC.**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Shields Health Care Group, Inc. ("Shields"), by and through its undersigned counsel, provides the following corporate disclosure statement:

Shields Health Care Group, Inc. has no parent corporations and no publicly held corporations own 10% or more of its stock.

Dated: August 23, 2023                Respectfully submitted,

/s/ *Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell
