## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

## DEFENDANT SHIELDS HEALTH CARE GROUP, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Shields Health Care Group, Inc., by and through its undersigned counsel, moves this Court to dismiss with prejudice the Consolidated Class Action Complaint [Doc. 64] of Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper. Because Plaintiffs lack standing to bring their declaratory judgment claim (Count X), it should be dismissed without prejudice. Additionally, each of Plaintiffs' twenty-one[1] causes of action fails to state a claim upon which relief can be granted. Accordingly, Count X should be dismissed without prejudice and the remainder of the Complaint dismissed with prejudice under Rule 12(b)(6). If the Court does not dismiss Count X for lack of standing, it too should be dismissed with prejudice.

In support of its request, Shields Health Care Group, Inc., relies on the attached Memorandum of Law and its incorporated Declaration of Jordan S. O'Donnell. Shields Health Care Group, Inc., received leave of Court for its memorandum of law to exceed the page limit stated in Local Rule 7.1(b)(4) on August 21, 2023 [Doc. 83].

---

[1] Although the last cause of action is numbered as the twenty second, there are only twenty-one causes of action.

WHEREFORE, Defendant Shields Health Care Group, Inc., requests that this Court dismiss Plaintiffs' declaratory judgment claim (Count X) without prejudice and the remainder of Plaintiffs' Class Action Complaint with prejudice, and all other relief it deems just and proper. If the Court does not dismiss the declaratory judgment count without prejudice for lack of standing, it too should be dismissed with prejudice for failure to state a claim.

Dated: August 23, 2023    Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorney for Defendant*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with counsel for Plaintiffs regarding this motion on August 21, 2023, and the parties were unable to narrow their dispute.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell