# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

## DECLARATION OF JORDAN S. O'DONNELL

I, Jordan S. O'Donnell, hereby declare as follows:

1. I am counsel of record for Defendant Shields Health Care Group, Inc. ("Shields"), in the above-captioned matter.

2. I submit this declaration in support of Shields' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.

3. Attached as **Exhibit 1** is a true and accurate copy of correspondence I received via email on September 30, 2022 from Plaintiffs' interim co-lead counsel in this matter.

4. Attached as **Exhibit 2** is a true and accurate copy of correspondence I received via email on July 27, 2022 from Lynda J. Grant of TheGrantLawFirm, PLLC, on behalf of Plaintiff Julie Colby.

DATED this 23rd day of August 2023.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell