# EXHIBIT 2

# THEGRANTLAWFIRM, PLLC

Lynda J. Grant
lgrant@grantfirm.com

July 27, 2022

*By Email*
Jordan S. O'Donnell
Mullen Coughlin LLC
3 Allied Drive, Suite 303
Dedham, MA 02026

Re:  Shields Health Care Group, Inc. Data Breach

Dear Mr. O'Donnell:

We are counsel for Julie Colby, a putative plaintiff in an action against Shields Health Care Group, Inc. arising from the breach of its computer systems that occurred in March 2022 (the "Data Breach"). We understand from the record in a related action that you represent Shields Health Care Group, Inc. ("Shields" or the "Company").

This letter serves as notice to Shields under the provisions of Maine Rev. Stat. Tit. 5, §205-A, et seq., the Maine Unfair Trade Practices Act ("MUTPA"), and the Massachusetts General Laws, Chapter 93A, Section 9 ("Chapter 93A), that Ms. Colby intends to file an action arising from the Data Breach, asserting claims under both MUTPA and Chapter 93A, by way of the enclosed draft complaint ("Complaint").

The Complaint asserts claims on behalf of a nationwide class (the "Class") in the case of Chapter 93A, and on behalf of a Maine subclass (the "Subclass"), in the case of MUTPA, and alleges the circumstances giving rise to the claims under Massachusetts and Maine law, as well as the basis for damages and the damages suffered by the Class and Subclass.

In accordance with our statutory responsibilities, we provide you with this notice and a demand for a Class-wide corrective action. This letter and the enclosed Complaint serves as a request for relief on behalf of proposed Class and Subclass representative Julie Colby and all similarly situated members of the Class and Subclass consistent with the allegations in the Complaint. Under the provisions of MGL, 93A, Section 9 and MUTPA, we are providing you with the opportunity to make a written offer of settlement of this claim on behalf of Ms. Colby and all putative Class and Subclass members within 30 days. If you fail to make a good faith offer of settlement in response to this request, legal action may be instituted, and a court may award Ms.

Jordan S. O'Donnell
July 27, 2022
Page 2

    Colby as Class representative and Class members double or triple damages, attorney's fees, and costs if the court finds in their favor.

                            Sincerely yours,

                            TheGrantLawFirm, PLLC

                            By: _____
                                 Lynda J. Grant

cc: Julie Colby (by email)
     Melissa Emert (by email)