UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND PLAINTIFFS' DEADLINE TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT AND FOR LEAVE TO EXCEED PAGE LIMIT UNDER LOCAL RULE 7.1(B)(4)**

Pursuant to Local Rule 7.1, Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper ("Plaintiffs") request this Court to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (Docs. 85-87) ("Motion to Dismiss") by sixteen (16) additional days from September 6, 2023, to September 22, 2023. Plaintiffs also seek leave to file a memorandum in support of their opposition to Defendant's Motion to Dismiss up to thirty-five (35) pages, which is fifteen (15) more pages than Local Rule 7.1(B)(4) permits. In support of their request, Plaintiffs state as follows:

1. On August 1, 2022, the Court entered an order consolidating, under this case number, multiple actions filed in this Court against Defendant Shields Health Care Group, Inc. ("Defendant"), which all arise out of the same data security incident. (Doc. 9).

2. On September 9, 2022, the Court ordered a consolidated complaint to be filed within forty-five (45) days. (Doc. 53).

3. On September 16, 2022, the Court entered an order appointing interim class counsel (Doc. 55).

4. The Court extended the date for Plaintiffs to file their consolidated complaint.

1

(Docs. 60, 62).

5. On January 9, 2023, Plaintiffs filed their Consolidated Class Action Complaint (Doc. 64).

6. Pursuant to Defendant and Plaintiffs' (collectively, the "Parties") requests, the Court previously extended Defendant's response date, mostly recently to August 24, 2023. (Docs. 67, 72, 75, 80).

7. The Court also continued a Scheduling Conference for this matter, in accordance with those extensions, most recently scheduling it for September 27, 2023. (Docs. 65, 70, 72-73, 75-76, 80-81).

8. The Parties requested these extensions to align this case's track with that of a recently consolidated, parallel Massachusetts Superior Court class action, for which a conference to address consolidation and other issues had been scheduled for June 22, 2023, but was continued to September 6, 2023. All plaintiffs' counsel in the state court consolidated class action have indicated they will file a consolidated complaint, which will further aid in the Parties' goal of aligning these matters so a potential global resolution can be explored.

9. As the Parties previously reported, they continue to explore a potential early mediation, but prefer to do so in conjunction with the pending state court consolidated class action. This is because Plaintiffs in this action seek to represent a class of residents outside of Massachusetts impacted by the subject data security incident, whereas the plaintiffs in the state court consolidated action seek to represent Massachusetts residents impacted by the subject data security incident.

10. On July 21, 2023, the Court extended Defendant's response date to the Consolidated Class Action Complaint to August 24, 2023. (Doc. 80).

11. On August 21, 2023, the Court granted Defendant's motion for additional pages for

its Motion to Dismiss up to thirty-five (35) pages. (Doc. 83).

12. On August 23, 2023, Defendant filed its Motion to Dismiss, which was twenty-nine (29) pages in length. (Docs. 85-87).

13. Pursuant to Local Rule 7.1(b)(2), Plaintiffs must file their opposition to Defendant's Motion to Dismiss within fourteen (14) days, by September 6, 2023.

14. Plaintiffs have not previously sought an extension of the deadline for their anticipated opposition to Defendant's Motion to Dismiss.

15. Given that the Court allowed Defendant fifteen (15) extra pages, and to allow sufficient time to respond to Defendant's Motion to Dismiss, and considering the upcoming Labor Day and Jewish holidays, the Parties respectfully request this Court extend the deadline for Plaintiffs' opposition by sixteen (16) days from September 6, 2023, to September 22, 2023.

16. This is Plaintiffs' first request for an extension of the deadline to file their opposition to Defendant's Motion to Dismiss.

17. Given that the Court allowed Defendant fifteen (15) extra pages, Plaintiffs also seek leave to file a memorandum in support of their opposition to Defendant's Motion to Dismiss up to thirty-five (35) pages, which is fifteen (15) more pages than Local Rule 7.1(B)(4) permits.

WHEREFORE, Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper request this Court extend the deadline for Plaintiffs' response in opposition to Defendant's Motion to Dismiss (Docs. 85-87) by sixteen (16) days to September 22, 2023, and grant Plaintiffs' request for an additional fifteen (15) pages for their opposition to Defendant's Motion to Dismiss.

Dated: August 25, 2023

Respectfully submitted,

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery (*pro hac vice*)
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
elizabeth@lcllp.com

Lori G. Feldman (*pro hac vice*)
George Feldman McDonald, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
lfeldman@4-justice.com

Seth A. Meyer (*pro hac vice*)
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
sam@kellerpostman.com

*Interim Co-Lead Counsel*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for Defendant regarding this motion and Defendant does oppose Plaintiffs' request.

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery