UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Healthcare Group Data Breach Litigation | Civil Action No.: 1:22-cv-10901-PBS |

## MOTION FOR ADMISSION *PRO HAC VICE* OF AMANDA M. ROLON

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Joseph P. Guglielmo, a member of this District, and counsel of record for Plaintiff Debra Monette, respectfully moves this Court for an Order of admission for Amanda Rolon to practice *pro hac vice* in the above-captioned action.

Respectfully submitted,

Dated: September 5, 2023

*s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #671410)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-233-6334
jguglielmo@scott-scott.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on September 5, 2023 to those identified as non-registered participants.

s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo
