UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Shields Healthcare Group Data Breach Litigation** | Civil Action No.: 1:22-cv-10901-PBS |

### [PROPOSED] CASE MANAGEMENT SCHEDULE

Plaintiffs in this consolidated proposed class action ("Plaintiffs") and Defendant Shields Health Care Group, Inc. ("Defendant"), telephonically met and conferred pursuant to Fed. R. Civ. P. 26(f) and this Court's Order on September 6, 2023 and by email thereafter, and jointly propose the following Case Management Schedule in the above-captioned action:

1. <u>Initial Disclosures</u>: Initial Disclosures shall be served 14 days after the Rule 26(f) meet and confer conference, pursuant to Fed. R. Civ. P. 26(a)(1)(C).

2. <u>Plaintiffs' Proposal for Class Certification Motion and Class Certification Expert Discovery</u>: Plaintiffs' class certification motion and supporting papers, as well as Class Certification Expert Report(s), shall be filed no later than August 16, 2024. Defendant's opposition papers, as well as Class Certification Expert Report(s), shall be filed no later than September 30, 2024. Plaintiffs' reply papers, as well as Class Certification Expert Rebuttal Report(s), shall be filed no later than November 8, 2024.

In order to move forward as efficiently as possible while minimizing the risk that effort will be duplicated, Plaintiffs propose that the exchange of Class Certification Expert Report(s) should be undertaken simultaneously with briefing on class certification briefing (i.e. Plaintiffs' expert reports to be submitted simultaneously with Plaintiffs' motion for class certification,

1

Defendant's expert report submitted simultaneously with Defendant's opposition to class certification, etc.) as detailed above and in the proposed schedule below.  If class certification expert reports must be submitted months before class certification briefing is due, as Defendant proposes, Plaintiffs would lose the flexibility to adapt their positions to the evidence and would be prematurely "locked-into" their expert positions.

3. <u>Defendant's Proposal for Class Certification Motion and Class Certification Expert Discovery:</u>  Defendant proposes the same deadlines as Plaintiffs for Class Certification Motions: Plaintiffs' class certification motion and supporting papers shall be filed no later than August 16, 2024. Defendant's opposition papers shall be filed no later than September 30, 2024. Plaintiffs' reply papers shall be filed no later than November 8, 2024.

To provide sufficient time for expert discovery in advance of Class Certification Motions, Defendant proposes Class Certification Expert Report(s) be submitted sixty (60) days prior to submission of any briefings. Thus, Plaintiffs Class Certification Expert Report(s) shall be filed no later than June 17, 2024; Defendant's Class Certification Expert Report(s) shall be filed no later than August 1, 2024; and. Plaintiffs' Class Certification Expert Rebuttal Report(s) shall be filed no later than September 9, 2024.

4. <u>Fact Discovery Cut-Off</u>: All fact discovery, including fact depositions, shall be completed within ninety days after the Court renders its decision on class certification.

5. <u>Summary Judgment</u>: All summary judgment motions and supporting papers shall be filed 60 days after the close of post-class certification fact discovery.  The parties will submit a proposed summary judgment briefing schedule to the Court for approval prior to the close of the 60-day period.

      6.      <u>Pretrial Conference</u>: A final Pretrial Conference shall be scheduled at the Court's discretion.

## JOINT PROPOSED SCHEDULE

| Activity | Jointly Proposed Date | Plaintiffs' Proposed Date | Defendant's Proposed Date |
|---|---|---|---|
| Initial Disclosures | 14 days after Rule 26(f) conference | | |
| Plaintiffs' Class Certification Expert Report(s) | | August 16, 2024 | June 17, 2024 |
| Plaintiffs' Class Certification Motion | August 16, 2024 | | |
| Defendant's Class Certification Expert Rebuttal Report(s) | | September 30, 2024 | August 1, 2024 |
| Defendants' Class Certification Opposition | September 30, 2024 | | |
| Plaintiffs' Class Certification Expert Rebuttal Report(s) | | November 8, 2024 | September 9, 2024 |
| Plaintiffs' Class Certification Reply | November 8, 2024 | | |
| Completion of Fact and Expert Discovery | Ninety (90) Days after Class Certification Ruling | | |
| Dispositive Motions | Eight (8) weeks after close of post-class certification fact and expert discovery | | |
| Pretrial Conference | Court's discretion | | |

## Local Rule 16.1(d)(3) Certification

The parties hereby certify that each party and the party's counsel have conferred with both a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: September 20, 2023              Respectfully submitted,

/s/ Nathaniel L. Orenstein
Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com
cgregg@bermantabacco.com

/s/ Lori G. Feldman
Lori G. Feldman
**George Feldman McDonald, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com
eservice@4-justice.com

Elizabeth Pollock Avery
**Lynch Carpenter, LLP**
1133 Penn Avenue-5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
elizabeth@lcllp.com

Counsel for Plaintiffs

/s/ Jordan S. O'Donnell
Claudia D. McCarron (*pro hac vice*)
Jordan S. O'Donnell, #BBO 684001
**Mullen Coughlin LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
cmccarron@mullen.law
jsodonnell@mullen.law

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 20, 2023.

                                                */s/ Nathaniel L. Orenstein*
                                                Nathaniel L. Orenstein