UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO.: 1:22-cv-10901<br><br>Hon. Patti B. Saris |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.1(g), Plaintiffs in the above-captioned action respectfully move the Court for an order extending the deadline to file Plaintiffs' Response to Defendant's Motion to Dismiss beyond the current deadline set forth in the Court's Minute Order (ECF No. 89) of September 22, 2023, by ten (10) days to October 2, 2023.

In support of their Motion, Plaintiffs respectfully note that one of Plaintiffs' lead counsel responsible for finalizing the Response contracted COVID-19 and is now in the midst of a relapse that is preventing this individual from providing effective input on Plaintiffs' Response. Ten additional days would permit that individual to recover and provide necessary input and expertise on Plaintiffs' Response to Defendant's Motion to Dismiss. Plaintiffs submit herewith a [Proposed] Order Approving Plaintiffs' Motion to Extend Deadline to File Plaintiffs' Response to Defendant's Motion to Dismiss.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Assented-To Motion to Extend the Deadline to File Plaintiffs' Response to Defendant's Motion to Dismiss. Defendant does not object to the instant Motion.

DATED: September 20, 2023                    Respectfully Submitted,
                                             **BERMAN TABACCO**

                                             */s/ Nathaniel L. Orenstein*
                                             Nathaniel L. Orenstein (BBO #664513)

Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com
cgregg@bermantabacco.com


Jason M. Leviton (BBO #678331)
Brendan Jarboe (BBO #691414)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jason@blockleviton.com
brendan@blockleviton.com

*Interim Co-Liaison Counsel*

Lori G. Feldman, Esq. (*admitted pro hac vice*)
GEORGE GESTEN MCDONALD, PLLC 102
Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

Gary F. Lynch (*admitted pro hac vice*)
Elizabeth Pollock-Avery (*admitted pro hac vice*)
Hannah N. Barnett (*admitted pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com

*Interim Co-Lead Counsel*

Stephen R. Basser
**BARRACK, RODOS & BACINE**

2

600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

Melissa R. Emert (*admitted pro hac vice*)
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1086
memert@kgglaw.com
ggraifman@kgglaw.com

Todd. S. Garber (admitted pro hac vice)
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
|One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
tgarber@fbfglaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606

Kenya J. Reddy
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
kreddy@ForThePeople.com

Erin Green Comite (*admitted pro hac vice*)
Carey Alexander (*admitted pro hac vice*)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor

New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334

Victoria Santoro Mair
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL Boston, MA 02210
Telephone: (617) 391-9001
Facsimile: (617) 357-9001
victoria@sweeneymerrigan.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Interim Executive Committee*

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and Defendant does not oppose the relief sought herein.

DATED: September 20, 2023              */s/ Nathaniel L. Orenstein*
                                        Nathaniel L. Orenstein

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: September 20, 2023              */s/ Nathaniel L. Orenstein*
                                        Nathaniel L. Orenstein