**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | **CIVIL ACTION NO.: 1:22-cv-10901**<br><br>**Hon. Patti B. Saris** |

**[PROPOSED] ORDER APPROVING PLAINTIFFS' MOTION TO EXTEND DEADLINE TO FILE RESPONSE/REPLY TO DEFENDANT'S MOTION TO DISMISS**

This matter comes before the Court on Plaintiffs' Motion to Extend Deadline to File Plaintiffs' Response/Reply to Defendant's Motion to Dismiss.  The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

Plaintiffs shall file their Response/Reply to Defendant's Motion to Dismiss on or before October 2, 2023.

**IT IS SO ORDERED.**

**DATED**: _____

_____
**Hon. Patti B. Saris**
**UNITED STATES DISTRICT JUDGE**