UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Civil Action No.: 1:22-cv-10901-PBS |

**DECLARATION OF LORI G. FELDMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION DEFENDANT'S MOTION TO DISMISS**

I, Lori G. Feldman, state the following facts are true to the best of my knowledge:

1. I am an attorney admitted to practice law in New York and am admitted *pro hac vice* to appear before this Court. I am a partner at George Feldman McDonald, PLLC, and Co-Lead counsel for Plaintiffs and the proposed Class in the above-captioned matter. If called upon as a witness, I could and would testify competently as to the matter set forth in this declaration.

2. A true and accurate copy of Plaintiffs' Consolidated Demand Letter is attached to this Declaration as Exhibit A.

3. A true and accurate copy of Defendant's Response to Plaintiffs' Consolidated Demand Notice Letter is attached to this Declaration as Exhibit B.

I declare under penalty of perjury under the laws of the United States and the State of New York.

Executed this 2nd day of October, 2023 in Westchester County, New York.

*/s/ Lori G. Feldman*
Lori G. Feldman

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: October 2, 2023                  */s/ Nathaniel L. Orenstein*
                                                            Nathaniel L. Orenstein