# EXHIBIT A



1133 Penn Avenue, 5th Floor<br>
Pittsburgh, PA 15222<br>
Phone: 412.322.9243<br>
Facsimile: 412.231.0246<br>
www.lynchcarpenter.com

*Via First Class Mail and Electronic Mail*

September 30, 2022

Thomas A. Shields
Chief Executive Officer
Shields Health Care Group, Inc.
Crown Colony Park
700 Congress Street
Suite 204
Quincy, MA 02169

Jordan S. O'Donnell
Mullen Coughlin, LLC
3 Allied Drive
Suite 303
Dedham, MA 02026
jsodonnell@mullen.law

   Re: *In re Shields Health Care Group, Inc. Data Breach Litig.*,
      No. 1:22-cv-10901-PBS (D. Mass.)

Dear Mr. Shields:

  We represent Plaintiffs in a recently consolidated putative class action against Shields Health Care Group, Inc. ("Shields"). The consolidated action arises out of Shields' unfair and deceptive acts and practices in implementing data security measures that were insufficient to protect the personally identifiable information ("PII") and protected health information ("PHI") of Plaintiffs and other similarly situated individuals (the "Class"). As Shields is aware, between March 7, 2022 and March 21, 2022, Shields experienced a data breach compromising the PII and PHI associated with approximately two million of Shields' patients (the "Data Breach"). The PII and PHI compromised in the Data Breach is understood to have included patients' names, dates of birth, home address, provider information, diagnosis, Social Security numbers, billing information, insurance number and information, medical record number, patient ID and other medical or treatment information.

  Plaintiffs, on behalf of themselves, any other individuals identified through ongoing investigation and discovery, and all absent putative class members, hereby provide you with pre-suit notice[1] pursuant to the following consumer protection laws:

---

[1] This notice is intended to supplement, not replace, any prior notices sent on behalf of any plaintiffs named in any of the underlying actions consolidated into this litigation.



1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412.322.9243
Fax: 412.231.0246
www.lynchcarpenter.com

- California Consumer Legal Remedies Act, Cal. Civ. Code. §§ 1750, et seq.

- Massachusetts General Laws Chapter 93A;

- Maine Unfair Trade Practices Act, Me. Rev. Stat. Ann. Tit. 5, §§ 205A, et seq.

Plaintiffs intend to assert claims on behalf of the Class pursuant to, among others, these laws following the expiration of the pre-suit notice period. Plaintiffs' claims will be brought as part of the Consolidated Amended Complaint in the above-captioned action, which the Court has ordered to be filed by October 31, 2022. By sending this letter, Plaintiffs are not conceding that any of these demand requirements apply in this matter, as over six months have passed since Shields was notified of suspicious activity that may have led to a data compromise, and several lawsuits have been filed, beginning in June 2022, against Shields for the same conduct that is the basis for Plaintiffs' forthcoming Consolidated Amended Complaint.

Plaintiffs intend to assert that Shields has violated the above listed statutes by engaging in unfair or deceptive acts or practices that include:

1. Failing to implement and maintain reasonable security and privacy measures to protect Plaintiffs' and the Class' PII and PHI;

2. Failing to identify foreseeable security and privacy risks and/or remediate identified security and privacy risks;

3. Failing to comply with common law and statutory duties pertaining to the security and privacy of Plaintiffs' and the Class' PII and PHI;

4. Misrepresenting that it would protect the privacy and confidentiality of Plaintiffs' and the Class' PII and PHI, including by implementing and maintaining reasonable security measures;

5. Failing to timely and adequately notify Plaintiffs or the Class of the Data Breach; and

6. Failing to disclose the material fact that it did not reasonably or adequately secure Plaintiffs' or the Class' PII or PHI.

As a direct and proximate result of Shields' unfair and deceptive acts, Plaintiffs and the Class have suffered and continue to suffer financial losses and increased data security risks.

On behalf of Plaintiffs and the Class, we hereby demand that Shields immediately correct and rectify its violation of the above listed statutes. To avoid further litigation, Shields must undertake all of the following actions:

1. Take measures to employ industry-standard data security measures and increase data security, including:



1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412.322.9243
Fax: 412.231.0246
www.lynchcarpenter.com

    a. Enhancing the security of the PII and PHI that Shields obtains, in accordance with industry standards;

    b. Consistent with industry standards, engaging third-party auditors to test its systems for weakness and upgrade any such weakness found;

    c. Auditing, testing, and training its data security personnel regarding any new or modified procedures and how to respond to a data breach;

    d. Regularly testing its systems for security vulnerabilities, consistent with industry standards; and

    e. Installing all upgrades recommended by manufacturers of security software, including software patch implementation, security certificates and firewall management used by Shields.

2. Pay Plaintiffs and the Class for the costs incurred as a result of Shields' violations.

Please contact us at your earliest convenience to discuss resolution of this matter.

                Sincerely,

**GEORGE GESTEN MCDONALD, PLLC**

Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
lfeldman@4-justice.com

**LYNCH CARPENTER, LLP**

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
elizabeth@lcllp.com

**KELLER POSTMAN, LLC**

Seth A. Meyer
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 741-5220
sam@kellerpostman.com

*Interim Co-Lead Counsel*