UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO.: 1:22-cv-10901<br><br>Hon. Patti B. Saris |

MOTION FOR *PRO HAC VICE*
ADMISSION OF ALEX J. DRAVILLAS

The undersigned moves this Court, pursuant to Local Rule 83.5.3 of the Rules of this Court, for the pro hac vice admission of Attorney Alex J. Dravillas of Keller Postman LLC, as co-counsel for Plaintiffs in this matter. This motion is supported by the certification of Mr. Dravillas. In support of this motion, the undersigned attorney states as follows:

1. Mr. Dravillas is a reputable member in good standing of every jurisdiction where he has been admitted to practice.

2. Mr. Dravillas has a business address of 150 N. Riverside Plaza Suite 4100, Chicago, IL 60606. His telephone number is (312) 741-5220.

3. Mr. Dravillas is a member in good standing of the bars of the State of Illinois, United States District Court – Northern District of Illinois, United States District Court – Central District of Illinois, United States District Court – Southern District of Illinois. *See* Declaration of Alex J. Dravillas ("Dravillas Decl.") ¶2.

4. Mr. Dravillas is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts. *See* Dravillas Decl. ¶4. Mr. Dravillas will comply with all applicable rules of court including the Local Rules.

5.	Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I am a member of this Court's bar in good standing and I have also filed an appearance in this action.

6.	Attorney Jonathan T. Merrigan is actively associated with Mr. Dravillas in the representation of Plaintiffs, and it is anticipated that upon his admission pro hac vice, Mr. Dravillas will serve as co-counsel in the above-captioned action.

Plaintiffs respectfully request that Alex J. Dravillas be admitted to practice before this court pro hac vice for the purpose of serving as co-counsel for Plaintiffs in the above-captioned matter.

Dated: October 9, 2023			Respectfully submitted,

*/s/ J. Tucker Merrigan*
J. Tucker Merrigan, BBO# 681627
Peter M. Merrigan, BBO# 673272
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, MA 02210
Phone: (617) 391-9001
Fax: (617) 357-9001
tucker@sweeneymerrigan.com
peter@sweeneymerrigan.com

*Counsel for Plaintiff and the Putative Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of October 2023, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

/s/ J. Tucker Merrigan
J. Tucker Merrigan