**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re Shields Health Care Group, Inc. Data Breach Litigation** | **CIVIL ACTION NO.: 1:22-cv-10901**<br><br>**Hon. Patti B. Saris** |

## DECLARATION OF ALEX J. DRAVILLAS

I, ALEX J. DRAVILLAS, declare as follows:

1.      I am an attorney with Keller Postman LLC, with a business address of 150 N. Riverside Plaza Suite 4100, Chicago, IL 60606. I am over 21 years of age and am competent to testify on my own behalf.

2.      I am a member in good standing of every bar in which I have been admitted to the practice of law. Specifically, I am a member in good standing of the bars of the State of Illinois, United States District Court – Northern District of Illinois, United States District Court – Central District of Illinois, United States District Court – Southern District of Illinois.

3.      I have never been suspended or disbarred in the jurisdictions listed in Paragraph 2, and there are no disciplinary actions pending against me in any federal or state court.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.      If the Court allows the instant Motion for me to appear pro hac vice in the above captioned matter, I will serve as co-counsel to Plaintiffs in this proceeding, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

6.      There are no disciplinary proceedings pending against me in any jurisdiction.

7.    A member of the bar of this Court is advancing the present motion and has filed a

notice of appearance in this case.

Dated: October 6, 2023                    Respectfully submitted,
        Chicago, Illinois

                                          **KELLER POSTMAN LLC**


                                          */s/* Alex J. Dravillas
                                          Alex J. Dravillas
                                          **KELLER POSTMAN LLC**
                                          150 N. Riverside Plaza Suite 4100
                                          Chicago, IL 60606
                                          Phone: (312) 741-5220
                                          ajd@kellerpostman.com