UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**DEFENDANT SHIELDS HEALTH CARE GROUP, INC.'S
UNOPPOSED MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3)-(4), Defendant Shields Health Care Group, Inc. ("Shields"), by and through its undersigned counsel, moves this Court for leave to file a reply in support of its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint [Docs. 85-87], due within fourteen (14) days of the Court's order, and for leave to exceed the Court's page limit through a reply that is up twenty-five (25) pages in length. Plaintiffs' counsel have indicated they take no position Shields's motion and thus no opposition.

In support of this request, Shields states its Motion to Dismiss seeks dismissal of all twenty-one (21) causes of action in Plaintiffs' Consolidated Complaint [Doc. 64]. On October 2, 2023, Plaintiffs filed their Opposition in Response to the Motion to Dismiss [Docs. 98-99], which voluntarily dismissed seven (7) causes of action. However, fourteen (14) causes of action remain, and Shields seeks leave to address what it contends Plaintiffs' arguments in support thereof. As Shields's Motion to Dismiss, if granted, would dispose of this matter, it maintains good cause exists to grant leave to file a reply. Shields's reply would address what it contends are misstatements or misinterpretations of law and the Consolidated Class Action Complaint's own

allegations within Plaintiffs' Opposition. Shields will not simply repeat the argument raised in its Motion to Dismiss.

Shields also seeks leave to file a reply up to twenty-five (25) pages. Shields maintain that this is warranted because there are still fourteen (14) causes of actions to address and Plaintiffs' Opposition is itself thirty-five (35) pages, including twenty-six (26) footnotes, many of which are lengthy and contain legal arguments and multiple case citations.

WHEREFORE, Defendant Shields Health Care Group, Inc., requests that this Court grant it leave to file a reply brief in support of its Motion to Dismiss within fourteen (14) days of the Court's order, and that it grant leave for said reply to be up to twenty-five (25) pages.

Dated: October 9, 2023
Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorney for Defendant*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for Plaintiffs regarding this motion on October 9, 2023, and counsel for Plaintiffs indicated they took no position.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell