UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Shields Healthcare Group Data Breach Litigation** | Civil Action No.: 1:22-cv-10901-PBS |

### AMENDED [PROPOSED] CASE MANAGEMENT SCHEDULE

Plaintiffs in this consolidated proposed class action ("Plaintiffs") and Defendant Shields Health Care Group, Inc. ("Defendant"), telephonically met and conferred pursuant to Fed. R. Civ. P. 26(f) and this Court's Order on September 6, 2023, and by email thereafter, and appeared before the Hon. Patricia J. Saris on September 27, 2023 and, as directed by the Court, jointly propose the following amended Case Management Schedule in the above-captioned action:

1. <u>Initial Disclosures</u>: Initial Disclosures were exchanged by the parties pursuant to Fed. R. Civ. P. 26(a)(1)(C).

2. <u>Mediation</u>:  The parties shall endeavor to hold a private mediation of this matter within ninety (90) days of this order, pursuant to the parties' and their selected mediator's availability. Any such mediation shall be scheduled and conducted with Plaintiffs' counsel in the accompanying consolidated state court action, *Kossifos v. Shields Health Care Group, Inc.*, Case No. 2282-cv-00561, Norfolk Superior Court.  The parties will report to the Court when they schedule a private mediation and the results thereof.

3. <u>Class Certification and Class Certification Expert Reports</u>: The parties hereby refer the Court to the chart in paragraph 8 below.

1

4. <u>Discovery Cut-Off</u>: All fact discovery, including fact depositions, shall be completed by November 14, 2024. For good cause shown, any additional discovery needed for dispositive motions shall be sought and produced within forty-five (45) days after the Court rules on class certification.

5. <u>Summary Judgment</u>: All summary judgment motions and supporting papers shall be filed within sixty (60) days after the Court rules on class certification. The parties will submit a proposed summary judgment briefing schedule to the Court for approval prior to the close of the 45-day period.

6. <u>Pretrial Conference</u>: A final Pretrial Conference shall be scheduled at the Court's discretion.

7. <u>State Court Action</u>: Upon entry of this order, Defendant shall file a request in the above-referenced state court action requesting the tracking order be amended to match these deadlines.

8. The parties' Joint Proposed Schedule is as follows:

| Activity | Parties' Proposed Schedule |
|---|---|
| Initial Disclosures | Exchanged |
| Complete Class Certification Discovery | November 14, 2024 |
| Plaintiffs' Class Certification Expert Report(s) | November 14, 2024 |
| Plaintiffs' Class Certification Motion | November 14, 2024 |
| Completion Date for Discovery and Depositions of Plaintiffs' Class Certification Experts | January 31, 2025 |
| Parties submit proposed schedule for the briefing of Daubert motions, if any. | May 8, 2025 |

| | |
|---|---|
| Defendant's Class Certification Opposition | March 17, 2025 |
| Defendant's Class Certification Expert Rebuttal Report(s) | March 17, 2025 |
| Completion Date for Discovery and Depositions of Defendant's Class Certification Experts | May 1, 2025 |
| Plaintiffs' Class Certification Rebuttal Expert Report(s) | June 16, 2025 |
| Plaintiffs' Class Certification Reply | May 1, 2025 |
| Time to Complete Any Additional Discovery for Good Cause Shown Prior to Dispositive Motions | Forty-five (45) days after Court's ruling on class certification |
| Dispositive Motions | Sixty (60) days after Court's ruling on class certification |
| Pretrial Conference | At Court's Discretion |

## Local Rule 16.1(d)(3) Certification

The parties hereby certify that each party and the party's counsel have conferred with both a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: October 11, 2023                                     Respectfully submitted,

*/s/ Nathaniel L. Orenstein*
Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
**Berman Tabacco**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com
cgregg@bermantabacco.com

*/s/ Lori G. Feldman*
Lori G. Feldman
**George Feldman McDonald, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com
eservice@4-justice.com

Elizabeth Pollock Avery
**Lynch Carpenter, LLP**
1133 Penn Avenue-5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
elizabeth@lcllp.com

Counsel for Plaintiffs

*/s/ Jordan S. O'Donnell*
Claudia D. McCarron (*pro hac vice*)
Jordan S. O'Donnell, #BBO 684001
**Mullen Coughlin LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
cmccarron@mullen.law
jsodonnell@mullen.law

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 11, 2023.

Dated:  October 11, 2023                          */s/ Nathaniel L. Orenstein*
                                                                Nathaniel L. Orenstein