UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Shields Health Care Group, Inc. Data Breach Litigation** | CIVIL ACTION NO.: 1:22-cv-10901<br><br>Hon. Patti B. Saris |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for Plaintiff William Biscan, in the above-named matter.

Dated: October 12, 2023    Respectfully submitted,

**Keller Postman LLC**

*/s/ Alex J. Dravillas*
   Alex J. Dravillas

Keller Postman LLC
150 N. Riverside, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Email: ajd@kellerpostman.com

*Counsel for Plaintiff William Biscan*

1

## **CERTIFICATE OF SERVICE**

    I, Alex J. Dravillas, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 12, 2023.

Dated: October 12, 2023                           */s/ Alex J. Dravillas*
                                                                     Alex J. Dravillas