UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Shields Health Care Group, Inc. Data Breach Litigation** | CIVIL ACTION NO.: 1:22-cv-10901<br><br>Hon. Patti B. Saris |

**[PROPOSED] ORDER GRANTING PLAINTIFF**
**WILLIAM BISCAN'S MOTION TO SUBSTITUTE INTERIM CO-LEAD COUNSEL**

The Court has considered Plaintiff's Motion to Substitute Interim Co-Lead Counsel.

IT IS HEREBY ORDERED THAT Mr. Alex J. Dravillas, shall be substituted in place of Mr. Seth Meyer as Interim Co-Lead Counsel and that all correspondence, service, and motions shall be directed to Mr. Alex Dravillas. IT IS FURTHER ORDERED THAT Mr. Seth Meyer will be removed from notices and communication regarding the above-captioned case.

_____          _____
DATE                                                              Hon. Patti B. Saris
                                                                            UNITED STATES DISTRICT JUDGE