# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO.: 1:22-cv-10901<br><br>Hon. Patti B. Saris |

## PLAINTIFF WILLIAM BISCAN'S MOTION TO SUBSTITUTE INTERIM CO-LEAD COUNSEL

Plaintiff William Biscan's counsel now come before this honorable Court and move to substitute Plaintiffs' Interim Co-Lead Counsel of record, Mr. Seth Meyer, with the undersigned counsel, Mr. Alex Dravillas. Mr. Meyer is no longer an attorney with Keller Postman LLC.

For that reason, Plaintiff's counsel seek to have Mr. Dravillas substituted as Interim Co-Lead Counsel. Counsel also seeks to have all correspondence, service, and other communication be directed to Mr. Dravillas and remove Mr. Meyer from future ECF filing notifications from case 1:22-cv-10901-PBS, In re Shields Health Care Group, Inc. Data Breach Litigation.

Dated: October 12, 2023

Respectfully submitted,

KELLER POSTMAN LLC

*/s/ Alex J. Dravillas*
Alex J. Dravillas (*pro hac vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220
Fax: (312) 971-3502
ajd@kellerpostman.com

*Counsel for Plaintiff and the Putative Classes*

10/16/23
Allowed for
30 days.

Patti B Saris