# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO.: 1:22-cv-10901 Hon. Patti B. Saris |
|---|---|

## [PROPOSED] ORDER GRANTING PLAINTIFF WILLIAM BISCAN'S MOTION TO SUBSTITUTE INTERIM CO-LEAD COUNSEL

The Court has considered Plaintiff's Motion to Substitute Interim Co-Lead Counsel.

IT IS HEREBY ORDERED THAT Mr. Alex J. Dravillas, shall be substituted in place of Mr. Seth Meyer as Interim Co-Lead Counsel and that all correspondence, service, and motions shall be directed to Mr. Alex Dravillas. IT IS FURTHER ORDERED THAT Mr. Seth Meyer will be removed from notices and communication regarding the above-captioned case.

10/16/23
DATE

Hon. Patti B. Saris
UNITED STATES DISTRICT JUDGE