UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Healthcare Group Data Breach Litigation | Civil Action No.: 1:22-cv-10901-PBS |

## AMENDED [PROPOSED] CASE MANAGEMENT SCHEDULE

Plaintiffs in this consolidated proposed class action ("Plaintiffs") and Defendant Shields Health Care Group, Inc. ("Defendant"), telephonically met and conferred pursuant to Fed. R. Civ. P. 26(f) and this Court's Order on September 6, 2023, and by email thereafter, and appeared before the Hon. Patricia J. Saris on September 27, 2023 and, as directed by the Court, jointly propose the following amended Case Management Schedule in the above-captioned action:

1. <u>Initial Disclosures</u>: Initial Disclosures were exchanged by the parties pursuant to Fed. R. Civ. P. 26(a)(1)(C).

2. <u>Mediation</u>: The parties shall endeavor to hold a private mediation of this matter within ninety (90) days of this order, pursuant to the parties' and their selected mediator's availability. Any such mediation shall be scheduled and conducted with Plaintiffs' counsel in the accompanying consolidated state court action, *Kossifos v. Shields Health Care Group, Inc.*, Case No. 2282-cv-00561, Norfolk Superior Court. The parties will report to the Court when they schedule a private mediation and the results thereof.

3. <u>Class Certification and Class Certification Expert Reports</u>: The parties hereby refer the Court to the chart in paragraph 8 below.

1

*10/23/23*
*approved*
*[signature] Patti Saris*