# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SHIELDS HEALTH CARE GROUP, INC. DATA BREACH LITIGATION | Civil Action No. 1:22-cv-10901-PBS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Brendan Jarboe of the law firm Block & Leviton LLP, is admitted or otherwise authorized to practice in this court and will appear in this case as interim co-liaison counsel for Plaintiffs Tennie Komar and Debra Monette.

Dated: November 22, 2023

*/s/ Brendan Jarboe*
Brendan Jarboe (BBO#691414)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
brendan@blockleviton.com

*Interim Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023, a true and correct copy of the foregoing *Notice of Appearance* was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brendan Jarboe*
Brendan Jarboe
