UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO.: 1:22-cv-10901<br><br>Hon. Patti B. Saris |

### SUPPLEMENTAL SUBMISSION IN SUPPORT OF PLAINTIFF WILLIAM BISCAN'S MOTION TO SUBSTITUTE INTERIM CO-LEAD COUNSEL

Counsel for Plaintiffs now come before this honorable Court and in support of Plaintiff William Biscan's Motion to Substitute Interim Co-Lead Counsel ("Motion"), submit the Declaration of Ashley Keller, attached hereto as Exhibit A.

For the reasons described in Plaintiffs' Motion and the attached declaration, Plaintiffs' counsel seek to have Mr. Dravillas substituted as Interim Co-Lead Counsel. Counsel also seek to have all correspondence, service, and other communication be directed to Mr. Dravillas and remove Mr. Meyer from future ECF filing notifications from case 1:22-cv-10901-PBS, *In re Shields Health Care Group, Inc. Data Breach Litigation*.

| | |
|---|---|
| Dated: November 28, 2023. | Respectfully submitted,<br><br>BERMAN TABACCO<br><br>*/s/ Nathaniel L. Orenstein*<br>Nathaniel L. Orenstein (BBO #664513)<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>norenstein@bermantabacco.com<br><br>KELLER POSTMAN LLC<br><br>/s/ Alex J. Dravillas<br>Alex J. Dravillas (*pro hac vice*)<br>150 N. Riverside Plaza, Suite 4100<br>Chicago, IL 60606 |

Phone: (312) 741-5220
Fax: (312) 971-3502
ajd@kellerpostman.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 28, 2023.

Dated:  November 28, 2023                                     */s/ Nathaniel L. Orenstein*
                                                                                          Nathaniel L. Orenstein