# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | CIVIL ACTION NO.: 1:22-cv-10901<br><br>Hon. Patti B. Saris |

### DECLARATION OF ASHLEY KELLER IN SUPPORT OF MOTION TO SUBSTITUTE

I, Ashley Keller, hereby declare as follows:

1. I am an attorney, founder, and head of the litigation group at Keller Postman LLC ("KP").

2. I am fully familiar with the facts and circumstances surrounding this matter, and I have prepared this declaration in support of the substitution of Alex Dravillas for Seth Meyer as Interim Co-Lead Counsel in these proceedings.

3. The following statements are based on my personal knowledge and review of the files and, if called on to do so, I could and would testify competently thereto.

4. Mr. Dravillas and KP have diligently investigated, prosecuted, and dedicated significant resources to the claims in this action and will continue to do so throughout its pendency. Mr. Dravillas and KP are willing and able to commit all necessary time and resources to obtain the best possible result for Plaintiffs and all those affected by Defendant's wrongful conduct.

5. I understand the Joint Amended Case Management Schedule in these consolidated cases extends into 2025 and believe Mr. Dravillas will be able to fulfill his responsibilities to the putative class through that period.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

Executed this 28th day of Nov. 2023, in Miami, FL.

/s/ *Ashley C. Keller*
ASHLEY C. KELLER