# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SHIELDS HEALTH CARE GROUP, INC. DATA BREACH LITIGATION | ) ) ) Civil Action No. 1:22-cv-10901-PBS ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF LAUREN GODLES-MILGROOM

**PLEASE TAKE NOTICE** that Consolidated Plaintiffs Tennie Komar and Debra Monette, by and through their undersigned counsel, hereby move to withdraw the appearance of Lauren Godles-Milgroom as counsel as she is no longer associated with the law firm of Block & Leviton LLP. Jason M. Leviton and Brendan Jarboe of Block & Leviton LLP will remain as counsel of record for the Consolidated Plaintiffs Tennie Komar and Debra Monette.

Date: December 29, 2023

Respectfully submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO No. 678331)
Brendan Jardoe (BBO No. 691414)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
Email: jason@blockleviton.com
Email: brendan@blockleviton.com

*Counsel for Consolidated Plaintiffs Tennie Komar and Debra Monette*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 29, 2023.

*/s/ Jason M. Leviton*
Jason M. Leviton