### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, Hannah N. Barnett, counsel of record for Plaintiff Tennie Komar, hereby requests that the Court withdraw her appearance in this case. My employment at Lynch Carpenter, LLP has ended, and, as such, I will no longer be representing Plaintiff Komar in this matter. All other Plaintiffs' counsel of record, including Plaintiffs' Interim Co-Lead Counsel, will remain the same. No party will be prejudiced by this withdrawal because Plaintiff Komar is still represented by counsel.

Dated: February 1, 2024

Respectfully submitted,

*/s/ Hannah N. Barnett*
Hannah N. Barnett
**Lynch Carpenter, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
E: hannah@lcllp.com