UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

**[PROPOSED] ORDER GRANTING
MOTION FOR WITHDRAWAL OF APPEARANCE**

The Court has considered Plaintiffs' Motion for Withdrawal of Appearance.

IT IS HEREBY ORDERED that the Motion is GRANTED, and that the appearance of attorney Hannah N. Barnett shall be withdrawn. IT IS FURTHER ORDERED THAT Hannah N. Barnett will be removed from notices and communication regarding the above-captioned case.

Date: _____

_____
Hon. Patti B. Saris
UNITED STATES DISTRICT JUDGE