**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No.: 1:22-cv-10901-PBS |

## NOTICE OF SCHEDULED MEDIATION

PLEASE TAKE NOTICE that Plaintiffs respectfully bring this Notice of Scheduled Mediation to the Court, pursuant to the Amended Case Management Schedule entered on October 23, 2023, that the parties will be engaging in private mediation on April 9, 2024.

Dated:  February 6, 2024

Respectfully submitted,

**BERMAN TABACCO**

/s/ Nathaniel L. Orenstein
Nathaniel L. Orenstein (BBO #664513)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com
cgregg@bermantabacco.com

Jason M. Leviton (BBO #678331)
Brendan Jarboe (BBO #691414)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jason@blockleviton.com
brendan@blockleviton.com

*Interim Co-Liason Counsel*

1

Lori G. Feldman, Esq. (*admitted pro hac vice*)
**GEORGE FELDMAN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

David J. George
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
Email: dgeorge@4-justice.com
E-Service: eService@4-justice.com

Elizabeth Pollock-Avery (*admitted pro hac vice*)
Gary F. Lynch (*admitted pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile : (412) 231-0246
gary@lcllp.com
elizabeth@lcllp.com

Alex Dravillas (*admitted pro hac vice*)
**KELLER POSTMAN LLC**
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
ajd@kellerpostman.com

*Interim Co-Lead Counsel*

Stephen R. Basser
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900,
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

2

Melissa R. Emert *(admitted pro hac vice)*
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road Suite 200
Montvale, NJ 07645
Telephone: (201) 391-7000
Facsimile: (201) 307-1086
memert@kgglaw.com
ggraifman@kgglaw.com

Todd. S. Garber (*admitted pro hac vice*)
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
Facsimile: (914) 824-1561
tgarber@fbfglaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Kenya J. Reddy
**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
kreddy@ForThePeople.com

Carey Alexander *(admitted pro hac vice)*
Erin Green Comite (*admitted pro hac vice*)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
calexander@scott-scott.com
ecomite@scott-scott.com

Victoria Santoro Mair
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, MA 02210
Telephone: (617) 391-9001
Facsimile: (617) 357-9001
victoria@sweeneymerrigan.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Telephone: (312) 984-0000
Facsimile: (212) 686-0114
malmstrom@whafh.com

*Interim Executive Committee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Nathaniel L. Orenstein
Nathaniel L. Orenstein