# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901 <br><br> Hon. Patti B. Saris |

## MOTION FOR LEAVE FOR KELLY K. IVERSON TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, Jason M. Leviton, a member of the bar of this Court, hereby moves that Kelly K. Iverson be granted leave to appear *pro hac vice* before this Court as counsel to Plaintiff Tennie Komar in the above-captioned matter. Kelly K. Iverson will represent Plaintiff in association with Block & Leviton LLP. All pleadings, briefs, and other papers filed with this Court in this matter will be signed and filed by an attorney at law of this Court. Further, Block & Leviton LLP will appear at all court appearances, unless otherwise excused by the Court.

Dated: April 23, 2024

Respectfully submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO# 678331)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
jason@blockleviton.com

**LOCAL RULE 7.1 CERTIFICATE**

In accordance with Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendant in the above-entitled action, and counsel for Defendant represented that Defendant does not oppose the foregoing request for admission *pro hac vice*.

                                                                           */s/ Jason M. Leviton*
                                                                           Jason M. Leviton

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, a true and correct copy of the foregoing MOTION FOR LEAVE FOR KELLY K. IVERSON TO APPEAR *PRO HAC VICE* was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                                           */s/ Jason M. Leviton*
                                                                           Jason M. Leviton