## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

### CERTIFICATION OF KELLY K. IVERSON IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, Kelly K. Iverson, state as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania. I am a partner with the law firm of Lynch Carpenter, LLP, 1133 Penn Avenue, 5th Floor, Pittsburgh, PA 15222. I make this Certification in support of my Motion for Leave to Appear *Pro Hac Vice* before this Court.

2. I am a member of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of Colorado, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Seventh Circuit, and the United States Court of Appeals for the Ninth Circuit.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

1

4.	I have never been disbarred or suspended and am not subject to any disciplinary proceedings or criminal charges pending against me as a member of the bar of any jurisdiction where I am admitted to practice.

5.	I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

6.	I have read and agree to comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts

7.	I have associated in this matter with Block & Leviton LLP, 260 Franklin Street, Suite 1860, Boston, Massachusetts 02110, as required by Local Rule 83.5.3.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2024                            */s/ Kelly K. Iverson*
                                                 Kelly K. Iverson