UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

**MOTION TO WITHDRAW APPEARANCE OF ELIZABETH POLLOCK-AVERY AS INTERIM CO-LEAD COUNSEL AND TO SUBSTITUTE KELLY K. IVERSON AS <u>INTERIM CO-LEAD COUNSEL</u>**

Plaintiffs now come before this honorable Court and move to withdraw the appearance of Plaintiffs' Interim Co-Lead Counsel of record, Elizabeth Pollock-Avery, Esquire, and substitute Kelly K. Iverson, Esquire, as Plaintiffs' Interim Co-Lead Counsel.

As set forth in greater detail in the accompanying memorandum of law, Attorney Pollock-Avery has provided notice of her resignation as an attorney with Lynch Carpenter, LLP, and does not intend to continue in her role as Co-Lead Counsel in this action.

Plaintiffs seek to have Attorney Pollock-Avery's appearance withdrawn from this case, and her email removed from future ECF filing notifications in this action. Plaintiffs further seek to have Attorney Iverson substituted as Interim Co-Lead Counsel in Attorney Pollock-Avery's place.

Attorney Iverson will fairly and adequately represent the class in place of Attorney Pollock-Avery pursuant to Fed. R. Civ. P. 23(g), as further discussed in the accompanying memorandum of law and Attorney Declaration.

Co-Lead Counsel Lori Feldman, Esquire, and Alex Dravillas, Esquire, consent to the requested substitution. Defense counsel does not oppose the motion and takes no position on Plaintiffs' leadership.

Dated: May 1, 2024                           Respectfully submitted,

*/s/ Kelly K. Iverson*
Kelly K. Iverson  (*pro hac vice* pending)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
kelly@lcllp.com

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
elizabeth@lcllp.com

**LOCAL RULE 7.1 CERTIFICATE**

In accordance with Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendant in the above-entitled action, and counsel for Defendant represented that Defendant consents to the foregoing motion.

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 1, 2024.

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery