## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ELIZABETH POLLOCK-AVERY AS INTERIM CO-LEAD COUNSEL AND TO SUBSTITUTE KELLY K. IVERSON AS INTERIM CO-LEAD COUNSEL

The Court has considered Plaintiffs' Motion to Withdraw Appearance of Elizabeth Pollock-Avery as Interim Co-Lead Counsel and to Substitute Kelly K. Iverson as Interim Co-Lead Counsel.

IT IS HEREBY ORDERED that Elizabeth Pollock-Avery's appearance is withdrawn from this case and her email shall be removed from future ECF filing notifications in this action.

IT IS FURTHER ORDERED that Kelly K. Iverson is appointed as Interim Co-Lead Counsel in substitution for Attorney Pollock-Avery.

The Court finds that Attorney Iverson satisfies Fed. R. Civ. P. 23(g) and will fairly and adequately represent the putative class.

_____                    _____
Date                                                                              Hon. Patti B. Saris
                                                                                       United States District Judge