# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

## DECLARATION OF KELLY K. IVERSON IN SUPPORT OF MOTION TO SUBSTITUTE INTERIM CO-LEAD COUNSEL

I, Kelly K. Iverson, hereby declare as follows:

1. I am a partner at Lynch Carpenter, LLP.

2. I am fully familiar with the facts and circumstances surrounding this matter, and I have prepared this declaration in support of the substitution of myself for Elizabeth Pollock-Avery as Interim Co-Lead Counsel in these proceedings.

3. The following statements are based on my personal knowledge and review of the files, and, if called on to do so, I could and would testify competently thereto.

4. Both Lynch Carpenter and I have diligently investigated, prosecuted, and dedicated significant resources to the claims in this action and will continue to do so throughout its pendency.

5. Both Lynch Carpenter and I are fully aware of the proceedings that have occurred to date and are willing and able to commit all necessary time and resources to obtain the best possible result for Plaintiffs and all putative class members.

6. I understand the Joint Amended Case Management Schedule in these consolidated cases extends into 2025, and I will be able to fulfill my responsibilities to the putative class through that period.

7. I have the necessary experience to fully and adequately represent Plaintiffs and the putative class.

8. Ms. Pollock-Avery has provided me with all documents and information to ensure a seamless transition, and she remains available to answer any questions I might have after her departure from Lynch Carpenter.

9. My current resume is attached to this Declaration.

10. I am available should the Court have any questions or need additional information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of May, 2024 in Pittsburgh, Pennsylvania.

*/s/ Kelly K. Iverson*
Kelly K. Iverson
