# LYNCH CARPENTER



1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
kelly@lcllp.com

### Education
Duquesne University School of Law, J.D., 2009
*summa cum laude*
-Law Review
-Shalom Moot Court Award for Outstanding Trial Advocacy
-Louis L. Manderino Honor Society for Meritorious Service to the Trial Advocacy Program

Chatham University, B.A., Business Management, 2002
*magna cum laude*

### Court Admissions
Pennsylvania, 2009
W.D. Pa., 2009
M.D. Pa., 2015
D. Colo., 2018
N.D. Ill., 2020
E.D. Mich., 2020
E.D. Pa. 2021
Fourth Circuit, 2016
Ninth Circuit, 2019
Third Circuit, 2020
Second Circuit, 2021
Seventh Circuit, 2021

## KELLY K. IVERSON | PARTNER

Kelly Iverson prosecutes complex class action and mass tort cases with a focus on data breach and privacy, consumer fraud, and products liability actions. Prior to joining Lynch Carpenter, Kelly was a shareholder at Denton's Cohen & Grigsby, P.C., where she represented plaintiffs in personal injury, insurance bad faith, and minority shareholder oppression actions, as well as defendants in complex commercial litigation.

### Representative MDL and Consolidated Action Appointments

In February of 2022, Kelly was appointed by The Honorable Joy Flowers Conti as Co-Lead Counsel of *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation* (W.D. Pa.) (products liability class and mass tort MDL). Kelly was also Court appointed as Co-Lead Counsel in *In re: Erie Covid-19 Business Interruption Protection Ins. Litig.* (W.D. Pa.) (insurance coverage class MDL); *Kolstedt v. TMX Finance Corp. Serv., Inc.* (data breach consolidated class action); Plaintiffs' Steering Committee in *In re Blackbaud, Inc. Customer Data Security Breach Litig.* (D.S.C.) (data breach class MDL); *In re: East Palestine Train Derailment* (N.D. Ohio) (consolidated train derailment action); *In re Solara Medical Supplies Data Breach Litig.* (S.D. Cal.) (data breach consolidated class action); as the Chair of Liability Experts in *In re: Samsung Customer Data Security Breach Litig.* (D.N.J) (data breach class MDL); and as Liaison Counsel in *In re: Railway Industry Employee No-Poach Antitrust Litig.* (W.D. Pa.) (antitrust MDL).

### Representative Trial Experience

**Lead Trial Counsel**, *Klepack v. O'Karma* (N.D. W.Va.)—Kelly served as lead trial counsel on behalf of the plaintiff in a medical malpractice Federal Tort Claims Act case against a federal employee-doctor.  Kelly managed the case from start to finish, including discovery, expert witness discovery, successfully defending dispositive motions, through trial and to appeal.  She received a verdict at trial in favor of her client for the maximum possible statutory recovery and ultimately settled the case on appeal.

**Lead Trial**, *Barnes v. Above & Beyond Landscaping* (Allegheny Cnty., Pa)— Kelly served as lead trial counsel on behalf of the plaintiffs in this construction litigation case, resulting in a jury verdict in plaintiffs' favor.

**Trial Counsel,** *Coyne v. Tri-State* (Ohio Cty., W.Va.) —Kelly served as defense counsel for a corporation and its shareholders in a three-week long shareholder dispute jury trial. Kelly was instrumental in all aspects of the litigation, including discovery, working with expert witnesses, taking and defending depositions of expert witnesses, preparing and arguing dispositive motions to the court, trial preparation, and ultimately at trial. While the jury returned a verdict for Plaintiff, it was for a markedly reduced amount, and the clients were pleased with the result.

**Arbitration Trial Counsel,** *Foreman v. Foreman Architects and Engineers* (Allegheny Cnty., Pa)—Kelly served as plaintiff's counsel in an agreed-upon common law arbitration

hearing in a shareholder dispute matter between sibling-owners of a closely held company. The arbitration resulting in an ordered buy-out of plaintiff's ownership interest.

### Publications

**Sedona Conference Data Security & Privacy Litigation (WG11)**, Kelly serves on the drafting team for the Revised Commentary on Application of Attorney-Client Privilege and Work-Product Protection to Documents and Communications Generated in the Cybersecurity Context.

**Class Actions: The Law of 50 States (Law Journal Press)**, Kelly Co-Authored Releases 49-51 of this class action primer, addressing topics such as attorneys' fees, typicality, adequacy, limited "issue" classes, and representative plaintiff service awards.

### Representative Cases

***In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litig.***, MDL No. 3014 (W.D. Pa.). In February 2022, Kelly Iverson was appointed as one of four co-lead counsel from a pool of 75 applicants. The MDL includes over 300 actions involving allegations regarding the potentially harmful degradation of sound abatement foam on recalled continuous positive airway pressure (CPAP) machines and the manufacturers' conduct in marketing and ultimate recall of the machines. The economic loss claims received final approval over a settlement valued at more than $600 million in April 2024. The personal injury and medical monitoring claims reached a settlement in principle in April 2024 for $1.1 billion.

***Kolstedt v. TMX Finance Corp. Serv., Inc.***, 4:23-cv-00076 (S.D. Ga.). Kelly was appointed as one of three Co-Lead Counsel by Judge R. Stan Baker on September 12, 2023. The case is in its early stages with motions to dismiss and compel arbitration pending.

***In re Blackbaud, Inc. Customer Data Breach Litig.***, MDL 2972 (D.S.C.). In 2020, data security company Blackbaud, Inc. was target for a ransomware attack. In the litigation that followed, brought by Blackbaud's customers, Kelly was appointed to the Plaintiffs' Steering Committee. On October 19, 2021, the Honorable J. Michelle Childs denied Blackbaud's motion to dismiss Plaintiffs' negligence and gross negligence claims. On December 16, 2022, Plaintiffs filed for class certification, which motion was recently argued and is pending. Kelly has been extensively involved in offensive and expert discovery.

***In Re: Solara Medical Supplies Data Breach Litigation***, 19-cv-02284 (S.D. Cal.). In January 2020, Judge Marilyn Huff appointed Kelly to the Plaintiffs' Steering Committee in this data breach action that affected both the personally identifiable information as well as protected health information of Plaintiffs' and the classes. The case settled for a class settlement of $5.06 million.

***Opris v. Sincera Reproductive Medicine,*** 2:21-cv-3072 (E.D. Pa.). Kelly serves as co-lead counsel in this data breach case involving the 2020 compromise of patients' personal identifiable information and protected health information from a reproductive health services provider. In May 2022, Judge Slomsky denied the majority of the defendant's motion to dismiss. A class settlement, providing up to $1.2 million in relief to the class, received final approval in September 2023.

***Popa v. Harriet Carter Gifts, Inc.***, 2:19-cv-00450 (W.D. Pa.), 52 F.4th 121 (3d Cir. 2022). Lynch Carpenter won reversal of a district court's summary judgment for defendants in a case regarding applicability of Pennsylvania's Wiretapping and Electronic Surveillance Control Act ("WESCA"), 18 PA. CONS. STAT. 5702 *et seq*.  The Third Circuit rejected the defendants' attempt to establish a "direct party" exception to WESCA, which would have undermined the two-party consent requirement of the statute. The Third Circuit also confirmed that defendants bear the burden of proving a prior consent defense, and that the location of electronic interception

of website communications under WESCA is at the point where software re-routes transmissions from a user's device, not where the Website Communications are ultimately received. As of March 2023, the remanded case remains in litigation in the Western District of Pennsylvania. Kelly has led the litigation efforts in the district court and briefing in the appellate court.

*In re: Samsung Customer Data Security Breach Litig.*, MDL 3055 (D.N.J). In July 2022 an unauthorized third party hacked into Samsung's computer systems and stole a large quantity of Samsung customer personal information. The JPML centralized the case in front of the Honorable Christine O'Hearn, who appointed Kelly as the Chair of Liability Experts. The case is in the early pre-trial stages.

*Howards Towing Class Actions*, GD-18-012298, 12332, 12304, 12063, 12021, and 12027 (Allegheny Cty., Pa.). Kelly Iverson is Co-Lead Class Counsel in coordinated actions against property owners and a towing company that were charging more than permitted by city ordinance for towing vehicles from private parking lots. On June 29, 2021, the Honorable Philip Ignelzi granted class certification, stating:

> This Court takes note of Plaintiff's counsel's candor and dedication to their ethical commitments in representing these respective class members. Counsel has shown a willingness to recognize, and even agree, that their class representatives were unsuitable. In the case of *Markle v. Gordon, et al. GD 18-012037*—which was at one time consolidated with these actions—it came to Plaintiff's counsel's attention their clients had not actually parked in any of the lots in question. *Id. at ECF 45.* Recognizing the action was not sustainable counsel consented to dismissal of the action. *Id.* Throughout this litigation thus far, counsel on both sides have shown themselves to be incredibly competent.

The six cases ultimately settled, collectively providing total relief in excess of $500,000 for approximately 2,300 class members.

*Van v. LLR, Inc.*, 3:18-cv-0197 (D. Ak.); 962 F.3d 1160 (9th Cir. 2020); 61 F.4th 1053 (9th Cir. 2023). Lynch Carpenter partners Jamisen Etzel and Kelly Iverson won a significant consumer-rights ruling from the United States Court of Appeals for the Ninth Circuit in 2020. The appeals court reversed a district court dismissal for lack of standing, and, in a published decision, held that the temporary loss of money is a sufficient "injury-in- fact" under Article III of the Constitution to confer standing on a consumer to file a federal lawsuit. In September 2021, the District of Alaska certified a class of consumers asserting claims under Alaska's Unfair Trade Practices and Consumer Protection Act. The Ninth Circuit accepted a 23(f) appeal and, on March 13, 2023, issued a decision affirming in part, reversing in part, and remanded for further proceedings.

*In Re Railway Industry Employee No-Poach Antitrust Litigation,* MDL 2850, (W.D. Pa.). Chief Judge Joy Flowers Conti appointed Lynch Carpenter partner Kelly K. Iverson as Plaintiffs' Liaison Counsel on behalf of the class of employees who alleged the defendants and their co-conspirators entered into unlawful agreements to reduce and eliminate competition among them for employees and to suppress the compensation of those employees. The two defendants agreed to class settlements worth a combined $48.95 million, and final approval was granted in August 2020.