UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Kelly K. Iverson of the law firm of Lynch Carpenter, LLP, is admitted or otherwise authorized to practice in this court and will appear in this case as counsel for Plaintiff Tennie Komar.

Dated: May 3, 2024

Respectfully submitted,

*/s/ Kelly K. Iverson*
Kelly K. Iverson  (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
kelly@lcllp.com

*Counsel for Plaintiff Tennie Komar*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 2, 2024.

*/s/ Kelly K. Iverson*
Kelly K. Iverson
