# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANJORI MITRA

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Joseph P. Guglielmo, a member of this District, and counsel of record for Plaintiff Debra Monette, respectfully moves this Court for an Order of admission for Anjori Mitra to practice *pro hac vice* in the above-captioned action.

Dated: August 26, 2024

Respectfully submitted,

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #671410)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-233-6334
jguglielmo@scott-scott.com

## LOCAL RULE 7.1 CERTIFICATE

In accordance with Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendant in the above-entitled action, and counsel for Defendant represented that Defendant consents to the foregoing motion.

                                                */s/ Joseph P. Guglielmo*
                                                Joseph P. Guglielmo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 26, 2024.

                                                */s/ Joseph P. Guglielmo*
                                                Joseph P. Guglielmo