**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

**CERTIFICATION OF ANJORI MITRA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. §1746 and Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Anjori Mitra, certify as follows:

1. I am an associate with Scott+Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, New York 10169, Counsel for Plaintiff Debra Monette in the above-referenced matter. I submit this Certification in support of the Motion for Admission *Pro Hac Vice*.

2. I have been admitted to the practice in the following jurisdictions: the State of New York; United States District Courts for the Southern District of New York, the Northern District of New York, and the Eastern District of New York. In addition, I am also admitted as a Barrister and Solicitor of the High Court of New Zealand.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

6.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2024.

*/s/ Anjori Mitra*
Anjori Mitra
