UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

**MOTION TO WITHDRAW APPEARANCE OF CAREY ALEXANDER AS INTERIM EXECUTIVE COMMITTEE MEMBER AND TO SUBSTITUTE ANJORI MITRA AS INTERIM EXECUTIVE COMMITTEE MEMBER**

Plaintiffs now come before this honorable Court and move to withdraw the appearance of Plaintiffs' Interim Executive Committee Member of record, Carey Alexander of Scott+Scott Attorneys at Law LLP and substitute Anjori Mitra of Scott+Scott Attorneys at Law LLP, as Plaintiffs' Interim Executive Committee Member.

As set forth in greater detail in the accompanying memorandum of law, Attorney Alexander has provided notice of his resignation as an attorney with Scott+Scott Attorneys at Law LLP, and does not intend to continue in his role as Interim Executive Committee Member in this action.

Plaintiffs seek to have Attorney Alexander's appearance withdrawn from this case, and his email removed from future ECF filing notifications in this action. Plaintiffs further seek to have Attorney Mitra substituted as Interim Executive Committee Member in Attorney Alexander's place.

Attorney Mitra will fairly and adequately represent the class in place of Attorney Alexander pursuant to Fed. R. Civ. P. 23(g), as further discussed in the accompanying memorandum of law and Attorney Declaration.

Co-Lead Counsel Lori Feldman, Alex Dravillas, and Kelly Iverson consent to the requested substitution. Defense counsel does not oppose the motion and takes no position on Plaintiffs' leadership.

| | |
|---|---|
| Dated: August 27, 2024 | Respectfully submitted,<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br><br>*/s/ Joseph P. Guglielmo*<br>Joseph P. Guglielmo (BBO #671410)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 24th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile: 212-233-6334<br>jguglielmo@scott-scott.com<br><br>/s/ Anjori Mitra<br>Anjori Mitra (*pro hac vice*)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 24th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile: 212-233-6334 |

**LOCAL RULE 7.1 CERTIFICATE**

In accordance with Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendant in the above-entitled action, and counsel for Defendant represented that Defendant consents to the foregoing motion.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 27, 2024.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
