# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF CAREY ALEXANDER AS INTERIM EXECUTIVE COMMITTEE MEMBER AND TO SUBSTITUTE ANJORI MITRA AS INTERIM EXECUTIVE COMMITTEE MEMBER

The Court has considered Plaintiffs' Motion to Withdraw Appearance of Carey Alexander as Interim Executive Committee Member and to Substitute Anjori Mitra as Interim Executive Committee Member.

IT IS HEREBY ORDERED that Carey Alexander's appearance is withdrawn from this case and his email shall be removed from future ECF filing notifications in this action.

IT IS FURTHER ORDERED that Anjori Mitra is appointed as Interim Executive Committee Member in substitution for Attorney Alexander.

The Court finds that Attorney Mitra satisfies Fed. R. Civ. P. 23(g) and will fairly and adequately represent the putative class.

_____  _____
Date                              Hon. Patti B Saris
                                  United States District Judge