**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

**DECLARATION OF ANJORI MITRA IN SUPPORT OF MOTION TO SUBSTITUTE INTERIM EXECUTIVE COMMITTEE MEMBER**

I, Anjori Mitra, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate at Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2. I am fully familiar with the facts and circumstances surrounding this matter, and I have prepared this declaration in support of the substitution of myself for Carey Alexander as Interim Executive Committee Member in these proceedings.

3. The following statements are based on my personal knowledge and review of the files, and, if called on to do so, I could and would testify competently thereto.

4. Scott+Scott has diligently investigated, prosecuted, and dedicated significant resources to the claims in this action and will continue to do so throughout its pendency. I have been made fully aware of the developments in this case and its current status.

5. Both Scott+Scott and I are fully aware of the proceedings that have occurred to date and are willing and able to commit all necessary time and resources to obtain the best possible result for Plaintiffs and all putative class members.

6. I understand the Joint Amended Case Management Schedule in these consolidated cases extends into 2025, and I will be able to fulfill my responsibilities to the putative class through that period.

7. I have the necessary experience to fully and adequately represent Plaintiffs and the putative class.

8. Mr. Alexander has provided me with all documents and information to ensure a seamless transition, and he remains available to answer any questions I might have after his departure from Scott+Scott.

9. My current firm bio is attached to this Declaration.

10. I am available should the Court have any questions or need additional information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of August, 2024 in New York, New York.

/s/ Anjori Mitra
Anjori Mitra