# EXHIBIT 1

# ANJORI MITRA

**PRACTICE EMPHASIS**

Anjori Mitra focuses on complex consumer litigation.

**ADMISSIONS**

State of New York; United States District Courts for the Southern, Eastern and Northern Districts of New York. Also admitted as a Barrister and Solicitor of the High Court of New Zealand.

**EDUCATION**

Columbia Law School (LL.M., 2019); University of Auckland (LL.B. (Hons)), 2014); University of Auckland (B.A., English, History, 2014)

**HIGHLIGHTS**

Anjori Mitra is an attorney in Scott+Scott's New York office, specializing in consumer litigation and class actions.

Ms. Mitra has broad civil and commercial litigation experience. Her work has included federal and state litigation representing public entities, labor health and welfare funds and individuals. She has recently litigated several product liability lawsuits against a large manufacturer of infant and children's' products, represented a large suburban county in a federal antitrust litigation against generic drug manufacturers for colluding to increase drug prices, represented health and welfare benefit funds in litigation relating to the opioid crisis and represented one of New York State's largest counties in several lawsuits challenging its property taxation system. She has also worked on various data breach and product-related consumer class actions.

Before joining Scott+Scott, Ms. Mitra worked at a boutique litigation firm and at a plaintiff-side consumer and securities class action firm. Prior to that, she practiced in New Zealand as a barrister at a preeminent barristers' chambers and worked on a wide range of civil and commercial matters.  She has appeared as counsel in state courts in New York and California. Ms. Mitra was named a SuperLawyers Rising Star in 2023 and 2024.

**REPRESENTATIVE CASES (at prior firms)**

- *Butler, et al. v. Fisher-Price, Inc., et al.* Case No. 19STCV20490; *Sanders, et al. v. Fisher-Price, Inc. et al.,* Case No. 19STCV24243 (Cal. Superior Ct.): represented plaintiff families in several wrongful death lawsuits concerning the Fisher-Price Rock 'n Play Sleeper.

- *County of Suffolk v. Actavis Holdco US, Inc., et al.*, Case No. 2:20-cv-4893 (E.D. Pa.): represented Suffolk County in federal antitrust class action multi-district litigation against generic drug manufacturers for colluding to increase drug prices.

- *Teamsters Local 237 Retirees' Benefit Fund, et al. v. Purdue Pharma L.P., et al.*, Case No. 1:18-op-45174; *Plumbers Local Union No. 1 Welfare Fund v. Purdue Pharma L.P., et al.,* Case No. 1:18-op-45838; *Hollow Metal Trust Fund v. Endo Health Solutions, Inc., et al.*, Case No. 1:20-op-45094; *New York City District Council of Carpenters Welfare Fund v Endo Health Solutions, Inc., et al.,* Case No. 1:20-op-45095 (N.D. Ohio): represented several health and welfare benefit funds in federal class action multi-district litigation against opioid manufacturers and distributors seeking recoveries arising from the opiate crises.

- *Metropolitan Transportation Authority, et al. vs. Blue Cross and Blue Shield of Alabama, et al.*, Case No. 2:22-cv-265 (N.D. Ala.): represented the Metropolitan Transportation Authority in federal multi-district litigation alleging conduct in violation of antitrust law against a number of health insurance plans.