## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Shields Health Care Group, Inc. Data Breach Litigation | Case No. 1:22-cv-10901<br><br>Hon. Patti B. Saris |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Anjori Mitra of the law firm of Scott+Scott Attorneys at Law LLP, is admitted or otherwise authorized to practice in this court and will appear in this case as counsel for Plaintiff Debra Monette.

Dated:  August 30, 2024                                       Respectfully submitted,

/s/ Anjori Mitra
Anjori Mitra
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY  10169
Tel:  212-223-6444
Fax: 212-223-6334
amitra@scott-scott.com

*Counsel for Plaintiff Debra Monette*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 30, 2024.

<ins>/s/ Anjori Mitra</ins><br>Anjori Mitra