UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Shields Healthcare Group Data Breach Litigation** | Civil Action No.: 1:22-cv-10901-PBS |

### FURTHER JOINT NOTICE OF ONGOING EFFORTS TO FINALIZE ANTICIPATED SETTLEMENT

The Parties in the above-captioned consolidated putative class action write to notify the Court that they have continued to work diligently to finalize a settlement agreement following their notice on December 20, 2024, concerning their agreement-in-principle to settle this case on a class-wide basis. Those efforts have resulted in steady progress but are not yet concluded. The Parties expect to finalize a settlement agreement in the next sixty (60) days and expect to submit a motion for preliminary approval with an executed settlement agreement and notice documents as soon as reasonably practicable. Should further time be needed to finalize the agreement, the parties will notify the court in advance of the sixty-day deadline.

Dated: March 31, 2025                                Respectfully submitted,

*/s/ Brendan Jarboe*
Jason Leviton (BBO #678331)
Brendan Jarboe (BBO #691414)
**Block & Leviton, LLP**
260 Franklin St., Ste. 1860
Boston, MA 02110
Telephone: (617) 398-5600
jason@blockleviton.com
brendan@blockleviton.com

1

Lori G. Feldman (*pro hac vice*)
**George Feldman McDonald, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com

Kelly K. Iverson (*pro hac vice*)
**Lynch Carpenter, LLP**
1133 Penn Avenue-5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
kelly@lcllp.com

Alex J. Dravillas (*pro hac vice*)
**Keller Postman**
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312)741-5226

*Counsel for Plaintiffs*

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
cmccarron@mullen.law
jsodonnell@mullen.law

*Attorneys for Defendant*
*Shields Health Care Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to counsel for all parties on March 31, 2025.

*/s/ Brendan Jarboe*
Brendan Jarboe