IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SHIELDS HEALTH GROUP, INC DATA BREACH LITIGATION | CASE NO. 1:22-cv-10901-PBS<br><br>Hon. Patti B. Saris |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND DIRECTION OF CLASS NOTICE**

**PLEASE TAKE NOTICE** that Plaintiffs James Buechler, Julie Colby, John Kennedy, Sharon Pimental, and Cindy Tapper ("Plaintiffs"), by and through their counsel, respectfully moves for an Order under Federal Rule of Civil Procedure 23:

(1) Preliminarily approving the proposed Settlement on behalf of the Settlement Class according to the terms of the Agreement;

(2) Provisionally certifying, for purposes of settlement only, the Settlement Class defined as:

> All persons residing in the United States that Shields identified as potentially having their Personal Information impacted by the Data Incident and that are residents of any U.S. State, U.S. territory, or the District of Columbia, other than Massachusetts.
>
> The Settlement Class specifically excludes: (1) any Judge or Magistrate Judge presiding over the Litigation, any members of the Judges' respective staffs, and immediate members of the Judges' respective families; (2) officers, directors, members, and shareholders of the Defendant; (3) persons in the Federal Action Settlement Class who timely and validly request exclusion from and/or opt-out of the Settlement Class and the successors and assigns of any such excluded persons; (4) any persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Parties' Counsel; and (6) any person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the criminal activity or occurrence of the Data Incident or who pleads nolo contendere to any such charge.

(3) Preliminarily appointing Plaintiffs as Class Representatives;

*5/20/25*
*allowed.*
*Patti B Saris*

1