# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SHIELDS HEALTH CARE GROUP, INC. DATA BREACH LITIGATION | CASE NO. 1:22-cv-10901-PBS<br><br>Hon. Patti B. Saris |

## JOINT REQUEST TO EXTEND DEADLINE TO FILE AMENDED PROPOSED ORDER FOR DISTRIBUTION OF RESIDUAL FUNDS

Following the final approval hearing held on December 16, 2025 related to the class-wide settlement of this matter, counsel for the parties submit as follows regarding distribution of residual funds:

1. On December 16, 2025, this Court, sitting together with the Massachusetts Superior Court for the County of Norfolk, held a final approval hearing related to the global settlement of related actions in both courts. Final approval was granted on December 17, 2025. (ECF 178).

2. The Order provided that approval of distribution of any remainder funds would be the subject of a separate Order and remainder funds should not be distributed until further Order allowing the same. (*Id.*).

3. Additionally, the Parties were instructed to file an amended proposal for distribution, as discussed on the record, on or before January 14, 2026. (*Id.*).

4. Since the final approval hearing, the parties have discussed distribution of residual funds as it relates to this action and the parallel state court action titled *Kossifos v. Shields Health Care Group, Inc.*, Case No. 2282-cv-00561, (the "State Court Action"). In the State Court Action, the Massachusetts IOLTA Committee has objected to the proposed distribution of residual funds to the Massachusetts Attorney General's Office's Local Consumer Aid Fund.