UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
IN RE SHIELDS HEALTH GROUP, INC.,   )   Civil Action
DATA BREACH LITIGATION              )   No. 22-10901-PBS
                                    )
_____)

### ORDER CONCERNING FINAL APPROVAL OF ATTORNEY FEES, EXPENSES AND SERVICE AWARDS

February 13, 2026

Saris, J.

After consultation with Judge Connolly of the Massachusetts Superior Court[1], the Court:

1. Awards attorneys' fees in the amount of 25% of the common fund of $15,350,000.00. Said amount takes into consideration the lodestar figure as well as the benefits the participants achieved through this settlement[2];

2. Approves the request for a service award in the amount of $2,500.00 for each representative plaintiff to be paid from the common fund.

---

[1] See Kossifos v. Shields Health Care Grp., Inc., No. 2282CV00561 (Mass. Super. Ct. filed June 16, 2022). The Superior Court and the U.S. District Court conducted a settlement approval hearing in a joint sitting at the Norfolk Superior Court on December 16, 2025.

[2] The requested fees were 33 1/3 % of the common fund; $5,116,666.67. The lodestar yields $3,018,672.54. 25% yields $3,837,500.00.

1

3. Approves expenses in the amount of $76,276.04 to be paid from the common fund.

4. Orders the parties to prepare a proposed order consistent with this Order by February 27, 2026.

SO ORDERED.

/s/ PATTI B. SARIS
Patti B. Saris
United States District Judge